# EXHIBIT 3

*Velos Media, LLC v. The Walt Disney Company, et al.*

**COMPLAINT EXHIBIT 3**
**U.S. Patent No. 11,627,338**

As demonstrated in the chart below, Disney directly infringes at least claim 1 of U.S. Patent No. 11,627,338 (the "'338 Patent"). Disney directly infringes the '338 Patent by using, for example, in the United States, at least methods that are covered by one or more claims of the '338 Patent in, for example, playback testing, the transcoding of uploaded video from HEVC (H.265) compliant video formats, or in the use of H.265-compliant software decoders included in Disney's applications.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '338 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Plaintiff's infringement positions or contentions.

The following infringement chart includes exemplary citations to ITU-T Rec. H.265 (12/2016) Advanced video coding for generic audiovisual services (available at https://www.itu.int/rec/recommendation.asp?lang=en&parent=T-REC-H.265-201612-S) (the "H.265 standard"). The cited functionality has been included in editions of the H.265 standard since at least April 2013 and remains in current editions of the H.265 standard. Disney's transcoders used, for example, in decoding uploaded video and re-encoding or encoding video for distribution and consumption by its users, as well as Disney's own decoders ("Accused Instrumentalities") include a decoder that practices the functionality in any of these editions of the H.265 standard and so practices at least one or more claims of the '338 Patent as set out below.

Each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| **1. [A]** A method of decoding a bitstream of encoded data to reconstruct a significance map for a transform unit, the method comprising: | The Accused Instrumentalities include an H.265 decoder that employs a method of decoding a bitstream of encoded data to reconstruct a significance map for a transform unit as set out below.<br><br>For example, an H.265 decoder decodes information for each transform unit sufficient to identify the location of each significant coefficient within the transform unit. |

---

[1] This claim chart is based on the information currently available and is intended to be exemplary in nature. All rights to update and elaborate these infringement positions are reserved, including as additional information is obtained during discovery.

U.S. Patent No. 11,627,338

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| | **ITU-T**                  **H.265** <br><br> TELECOMMUNICATION <br> STANDARDIZATION SECTOR    **(12/2016)** <br> OF ITU <br><br><br> **3**      **Definitions** <br><br> . . . . . . <br><br> **3.41**     **decoder**: An embodiment of a *decoding process.* <br> **3.44**     **decoding process**: The process specified in this Specification that reads a *bitstream* and derives *decoded pictures* from it. <br><br><br> **0.8**      **How to read this Specification** <br><br> It is suggested that the reader starts with clause 1 (Scope) and moves on to clause 3 (Definitions). Clause 6 should be read for the geometrical relationship of the source, input and output of the decoder. Clause 7 (Syntax and semantics) specifies the order to parse syntax elements from the bitstream. See clauses 7.1–7.3 for syntactical order and see clause 7.4 for semantics; e.g., the scope, restrictions and conditions that are imposed on the syntax elements. The actual parsing for most syntax elements is specified in clause 9 (Parsing process). Clause 10 (Sub-bitstream extraction process) specifies the sub-bitstream extraction process. Finally, clause 8 (Decoding process) specifies how the syntax elements are mapped into decoded samples. Throughout reading this Specification, the reader should refer to clauses 2 (Normative references), 4 (Abbreviations), and 5 (Conventions) as needed. Annexes A through I also form an integral part of this Recommendation \| International Standard. <br><br> . . . . . . <br><br><br> **7.3.8.11**    **Residual coding syntax** <br><br> <table><tr><td>residual_coding( x0, y0, log2TrafoSize, cIdx ) {</td><td>Descriptor</td></tr></table> <br> . . . . . . |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities | |
|---|---|---|

The Accused Instrumentalities cell contains:

```
for( n = ( i == lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n− − ) {
    xC = ( xS  <<  2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ]
    yC = ( yS  <<  2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ]
    if( coded_sub_block_flag[ xS ][ yS ]  &&  ( n > 0 ||  !inferSbDcSigCoeffFlag ) ) {
        sig_coeff_flag[ xC ][ yC ]                                            ae(v)
        if( sig_coeff_flag[ xC ][ yC ] )
            inferSbDcSigCoeffFlag = 0
    }
}
firstSigScanPos = 16
```

. . . . . .

### 7.4.9.11  Residual coding semantics

. . . . . .

sig_coeff_flag[ xC ][ yC ] specifies for the transform coefficient location ( xC, yC ) within the current transform block whether the corresponding transform coefficient level at the location ( xC, yC ) is non-zero as follows:

− If sig_coeff_flag[ xC ][ yC ] is equal to 0, the transform coefficient level at the location ( xC, yC ) is set equal to 0.

− Otherwise (sig_coeff_flag[ xC ][ yC ] is equal to 1), the transform coefficient level at the location ( xC, yC ) has a non-zero value.

When sig_coeff_flag[ xC ][ yC ] is not present, it is inferred as follows:

− If ( xC, yC ) is the last significant location ( LastSignificantCoeffX, LastSignificantCoeffY ) in scan order or all of the following conditions are true, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 1:

  − ( xC & 3, yC & 3 ) is equal to ( 0, 0 ).

  − inferSbDcSigCoeffFlag is equal to 1.

  − coded_sub_block_flag[ xS ][ yS ] is equal to 1.

− Otherwise, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 0.

ITU-T T.Rec H.265 (12/2016) at §§ 0.8, 3, 7.3.8.11, 7.4.9.11.

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| **[B]** for each bit position in the significance map having a significant coefficient flag that is to be decoded using context-adaptive decoding: | The Accused Instrumentalities include an H.265 decoder that, for each bit position in the significance map having a significant coefficient flag that is to be decoded using context-adaptive decoding, determines and employs contexts for significance map reconstruction as set out below.<br><br>For example, an H.265 decoder decodes information for each transform unit including significant coefficient flags using context-adaptive, arithmetic entropy coded syntax elements as set out below. |

**7.3.8.11  Residual coding syntax**

| residual_coding( x0, y0, log2TrafoSize, cIdx ) { | Descriptor |
|---|---|

......

| | |
|---|---|
| for( n = ( i == lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n−− ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( coded_sub_block_flag[ xS ][ yS ] && ( n > 0 \|\| !inferSbDcSigCoeffFlag ) ) { | |
| **sig_coeff_flag**[ xC ][ yC ] | ae(v) |
| if( sig_coeff_flag[ xC ][ yC ] ) | |
| inferSbDcSigCoeffFlag = 0 | |
| } | |
| } | |

......

**7.4.9.11  Residual coding semantics**

......

**sig_coeff_flag**[ xC ][ yC ] specifies for the transform coefficient location ( xC, yC ) within the current transform block whether the corresponding transform coefficient level at the location ( xC, yC ) is non-zero as follows:

−  If sig_coeff_flag[ xC ][ yC ] is equal to 0, the transform coefficient level at the location ( xC, yC ) is set equal to 0.

−  Otherwise (sig_coeff_flag[ xC ][ yC ] is equal to 1), the transform coefficient level at the location ( xC, yC ) has a non-zero value.

When sig_coeff_flag[ xC ][ yC ] is not present, it is inferred as follows:

−  If ( xC, yC ) is the last significant location ( LastSignificantCoeffX, LastSignificantCoeffY ) in scan order or all of the following conditions are true, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 1:

    −  ( xC & 3, yC & 3 ) is equal to ( 0, 0 ).

    −  inferSbDcSigCoeffFlag is equal to 1.

    −  coded_sub_block_flag[ xS ][ yS ] is equal to 1.

−  Otherwise, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 0.

......

**7.2        Specification of syntax functions and descriptors**

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| | …….<br><br>   – ae(v): context-adaptive arithmetic entropy-coded syntax element. The parsing process for this descriptor is specified in clause 9.3.<br><br>ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11, 7.4.9.11, 7.2. |
| [C] determining a context for that bit position based upon a partition set, wherein the partition set assigns contexts to the bit positions in the significance map such that: | The Accused Instrumentalities include an H.265 decoder that determines a context for each bit position in the significance map based upon a partition set, wherein the partition set assigns contexts to the bit positions in the significance map as set out below.<br><br>For example, an H.265 decoder assigns contexts for decoding of sig_coeff_flag for transform coefficients by determining a ctxIdx, which is determined using ctxInc, which in turn is determined based on bit positions in the significance map.<br><br>**9.3.4.2  Derivation process for ctxTable, ctxIdx and bypassFlag**<br><br>**9.3.4.2.1  General**<br><br>……<br>   – The variable ctxInc is specified by the corresponding entry in Table 9-48 and when more than one value is listed in Table 9-48 for a binIdx, the assignment process for ctxInc for that binIdx is further specified in the clauses given in parenthesis.<br>   – The variable ctxIdxOffset is specified by the lowest value of ctxIdx in Table 9-4 depending on the current value of initType.<br>   – ctxIdx is set equal to the sum of ctxInc and ctxIdxOffset.<br><br>……<br><br>**9.3.4.2.5  Derivation process of ctxInc for the syntax element sig_coeff_flag**<br><br>……<br><br>The variable sigCtx depends on the current location ( xC, yC ), the colour component index cIdx, the value of transform_skip_flag, the value of cu_transquant_bypass_flag, the transform block size and previously decoded bins of the syntax element coded_sub_block_flag. For the derivation of sigCtx, the following applies:<br>   – If transform_skip_context_enabled_flag is equal to 1 and either or both transform_skip_flag[ x0 ][ y0 ][ cIdx ] is equal to 1 or cu_transquant_bypass_flag is equal to 1, sigCtx is derived as follows:<br><br>$$sigCtx = ( cIdx == 0 ) ? 42 : 16 \qquad (9\text{-}40)$$<br><br>   – Otherwise, if log2TrafoSize is equal to 2, sigCtx is derived using ctxIdxMap[ ] specified in Table 9-50 as follows:<br><br>$$sigCtx = ctxIdxMap[ ( yC << 2 ) + xC ] \qquad (9\text{-}41)$$<br><br>   – Otherwise, if xC + yC is equal to 0, sigCtx is derived as follows: |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| | ......<br><br>The context index increment ctxInc is derived using the colour component index cIdx and sigCtx as follows:<br><br>– If cIdx is equal to 0, ctxInc is derived as follows:<br><br>$$ctxInc = sigCtx \qquad (9\text{-}54)$$<br><br>......<br><br>**Table 9-50 – Specification of ctxIdxMap[ i ]**<br><br>(table below)<br><br>......<br><br>**9.3.2.2    Initialization process for context variables**<br><br>Outputs of this process are the initialized CABAC context variables indexed by ctxTable and ctxIdx.<br><br>Table 9-5 to Table 9-37contain the values of the 8 bit variable initValue used in the initialization of context variables that are assigned to all syntax elements in clauses 7.3.8.1 through 7.3.8.12, except end_of_slice_segment_flag, end_of_subset_one_bit and pcm_flag.<br><br>For each context variable, the two variables pStateIdx and valMps are initialized.<br><br>NOTE 1 – The variable pStateIdx corresponds to a probability state index and the variable valMps corresponds to the value of the most probable symbol as further described in clause 9.3.4.3.<br><br>......<br><br>if( slice_type == I )<br>    initType = 0<br>else if( slice_type == P )<br>    initType = cabac_init_flag ? 2 : 1    (9-7)<br>else<br>    initType = cabac_init_flag ? 1 : 2<br><br>**Table 9-4 – Association of ctxIdx and syntax elements for each initializationType in the initialization process**<br><br>(table below)<br><br>......<br><br>ITU-T T.Rec H.265 (12/2016) at §§ 9.3.4.2, 9.3.4.2.1, 9.3.4.2.5, 9.3.2.2. |

**Table 9-50 – Specification of ctxIdxMap[ i ]**

| i | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ctxIdxMap[ i ] | 0 | 1 | 4 | 5 | 2 | 3 | 4 | 5 | 6 | 6 | 8 | 8 | 7 | 7 | 8 |

**Table 9-4 – Association of ctxIdx and syntax elements for each initializationType in the initialization process**

| Syntax structure | Syntax element | ctxTable | initType | | |
|---|---|---|---|---|---|
| | | | 0 | 1 | 2 |
| | coded_sub_block_flag[ ][ ] | Table 9-28 | 0..3 | 4..7 | 8..11 |
| | sig_coeff_flag[ ][ ] | Table 9-29 | 0..41<br>126..127 | 42..83<br>128..129 | 84..125<br>130..131 |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| [D] each bit position in an upper left quadrant of the significance map is assigned one of four contexts different from each of the other assigned contexts in the upper left quadrant, wherein the four contexts are a first context, a second context, a third context, and a fourth context; | The Accused Instrumentalities include an H.265 decoder that, for each bit position in an upper left quadrant of the significance map, assigns one of four contexts different from each of the other assigned contexts in the upper left quadrant, wherein the four contexts are a first context, a second context, a third context, and a fourth context, as set out below.<br><br>For example, an H.265 decoder assigns contexts for decoding of sig_coeff_flag for transform coefficients by determining a ctxIdx, which is determined using ctxInc, which in turn is determined based on bit positions in the significance map. The variable sigCtx is used to determine the ctxInc value used, and the upper left quadrant of the significance map corresponds to the ctxIdxMap[i] indices 0, 1, 4, and 5, which corresponds to values 0, 1, 2, and 3, corresponding to four contexts different from each other.<br><br>**9.3.4.2 Derivation process for ctxTable, ctxIdx and bypassFlag**<br><br>**9.3.4.2.1 General**<br><br>......<br>   – The variable ctxIdxOffset is specified by the lowest value of ctxIdx in Table 9-4 depending on the current value of initType.<br>   – ctxIdx is set equal to the sum of ctxInc and ctxIdxOffset.<br><br>......<br><br>**9.3.4.2.5 Derivation process of ctxInc for the syntax element sig_coeff_flag**<br><br>Inputs to this process are the colour component index cIdx, the luma location ( x0, y0 ) specifying the top-left sample of the current transform block relative to the top-left sample of the current picture, the current coefficient scan location ( xC, yC ), the scan order index scanIdx and the transform block size log2TrafoSize.<br><br>Output of this process is the variable ctxInc.<br><br>......<br>   – Otherwise, if log2TrafoSize is equal to 2, sigCtx is derived using ctxIdxMap[ ] specified in Table 9-50 as follows:<br><br>$$\text{sigCtx} = \text{ctxIdxMap}[\ (\ yC\ <<\ 2\ )+xC\ ] \qquad (9\text{-}41)$$<br><br>......<br><br>The context index increment ctxInc is derived using the colour component index cIdx and sigCtx as follows:<br><br>   – If cIdx is equal to 0, ctxInc is derived as follows:<br><br>$$\text{ctxInc} = \text{sigCtx} \qquad (9\text{-}54)$$<br><br>...... |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
|  | **Table 9-50 – Specification of ctxIdxMap[ i ]** <br><br> <table><tr><td>i</td><td>0</td><td>1</td><td>2</td><td>3</td><td>4</td><td>5</td><td>6</td><td>7</td><td>8</td><td>9</td><td>10</td><td>11</td><td>12</td><td>13</td><td>14</td></tr><tr><td>ctxIdxMap[ i ]</td><td>0</td><td>1</td><td>4</td><td>5</td><td>2</td><td>3</td><td>4</td><td>5</td><td>6</td><td>6</td><td>8</td><td>8</td><td>7</td><td>7</td><td>8</td></tr></table> <br><br> ITU-T T.Rec H.265 (12/2016) at §§ 9.3.4.2, 9.3.4.2.1, 9.3.4.2.5. |
| **[E]** two bit positions in a first column in an upper right quadrant of the significance map are assigned a fifth context different from the first, second, third, and fourth contexts; | The Accused Instrumentalities include an H.265 decoder that, for two bit positions in a first column in an upper right quadrant of the significance map assigns a fifth context different from the first, second, third, and fourth contexts, as set out below. <br><br> For example, an H.265 decoder assigns contexts for decoding of sig_coeff_flag for transform coefficients by determining a ctxIdx, which is determined using ctxInc, which in turn is determined based on bit positions in the significance map. The variable sigCtx is used to determine the ctxInc value used, and the first column in the upper right quadrant of the significance map corresponds to the ctxIdxMap[i] indices 2 and 6, which corresponds to a value of 4, different from the values 0, 1, 2, and 3, and corresponding to corresponding to a different context. <br><br> **9.3.4.2   Derivation process for ctxTable, ctxIdx and bypassFlag** <br><br> **9.3.4.2.1   General** <br><br> ...... <br>   – The variable ctxIdxOffset is specified by the lowest value of ctxIdx in Table 9-4 depending on the current value of initType. <br>   – ctxIdx is set equal to the sum of ctxInc and ctxIdxOffset. <br><br> ...... <br> **9.3.4.2.5   Derivation process of ctxInc for the syntax element sig_coeff_flag** <br><br> Inputs to this process are the colour component index cIdx, the luma location ( x0, y0 ) specifying the top-left sample of the current transform block relative to the top-left sample of the current picture, the current coefficient scan location ( xC, yC ), the scan order index scanIdx and the transform block size log2TrafoSize. <br><br> Output of this process is the variable ctxInc. <br><br> ...... <br>   – Otherwise, if log2TrafoSize is equal to 2, sigCtx is derived using ctxIdxMap[ ] specified in Table 9-50 as follows: <br><br> $$sigCtx = ctxIdxMap[ ( yC << 2 ) + xC ] \qquad (9\text{-}41)$$ <br><br> ...... |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| | The context index increment ctxInc is derived using the colour component index cIdx and sigCtx as follows:<br><br>— If cIdx is equal to 0, ctxInc is derived as follows:<br><br>$$ctxInc = sigCtx \qquad (9\text{-}54)$$<br><br>......<br><br>**Table 9-50 – Specification of ctxIdxMap[ i ]**<br><br>| i | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |<br>|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|<br>| ctxIdxMap[ i ] | 0 | 1 | 4 | 5 | 2 | 3 | 4 | 5 | 6 | 6 | 8 | 8 | 7 | 7 | 8 |<br><br>ITU-T T.Rec H.265 (12/2016) at §§ 9.3.4.2, 9.3.4.2.1, 9.3.4.2.5. |
| **[F]** two bit positions in a second column in the upper right quadrant of the significance map are assigned a sixth context different from the first, second, third, fourth, and fifth contexts; | The Accused Instrumentalities include an H.265 decoder that, for two bit positions in a second column in an upper right quadrant of the significance map assigns a sixth context different from the first, second, third, fourth, and fifth contexts, as set out below.<br><br>For example, an H.265 decoder assigns contexts for decoding of sig_coeff_flag for transform coefficients by determining a ctxIdx, which is determined using ctxInc, which in turn is determined based on bit positions in the significance map. The variable sigCtx is used to determine the ctxInc value used, and the second column in the upper right quadrant of the significance map corresponds to the ctxIdxMap[i] indices 3 and 7, which corresponds to a value of 5, different from the values 0, 1, 2, 3, and 4, and corresponding to corresponding to a different context.<br><br>**9.3.4.2 Derivation process for ctxTable, ctxIdx and bypassFlag**<br><br>**9.3.4.2.1 General**<br><br>......<br><br>— The variable ctxIdxOffset is specified by the lowest value of ctxIdx in Table 9-4 depending on the current value of initType.<br><br>— ctxIdx is set equal to the sum of ctxInc and ctxIdxOffset.<br><br>......<br><br>**9.3.4.2.5 Derivation process of ctxInc for the syntax element sig_coeff_flag**<br><br>Inputs to this process are the colour component index cIdx, the luma location ( x0, y0 ) specifying the top-left sample of the current transform block relative to the top-left sample of the current picture, the current coefficient scan location ( xC, yC ), the scan order index scanIdx and the transform block size log2TrafoSize.<br><br>Output of this process is the variable ctxInc.<br><br>...... |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| | – Otherwise, if log2TrafoSize is equal to 2, sigCtx is derived using ctxIdxMap[ ] specified in Table 9-50 as follows:<br><br>$$sigCtx = ctxIdxMap[ ( yC << 2 ) + xC ] \quad (9\text{-}41)$$<br><br>……<br><br>The context index increment ctxInc is derived using the colour component index cIdx and sigCtx as follows:<br><br>– If cIdx is equal to 0, ctxInc is derived as follows:<br><br>$$ctxInc = sigCtx \quad (9\text{-}54)$$<br><br>……<br><br> **Table 9-50 – Specification of ctxIdxMap[ i ]** <br><table><tr><td>i</td><td>0</td><td>1</td><td>2</td><td>3</td><td>4</td><td>5</td><td>6</td><td>7</td><td>8</td><td>9</td><td>10</td><td>11</td><td>12</td><td>13</td><td>14</td></tr><tr><td>ctxIdxMap[ i ]</td><td>0</td><td>1</td><td>4</td><td>5</td><td>2</td><td>3</td><td>4</td><td>5</td><td>6</td><td>6</td><td>8</td><td>8</td><td>7</td><td>7</td><td>8</td></tr></table><br>ITU-T T.Rec H.265 (12/2016) at §§ 9.3.4.2, 9.3.4.2.1, 9.3.4.2.5. |
| **[G]** two bit positions in a first row in a lower left quadrant of the significance map are assigned a seventh context different from the first, second, third, fourth, fifth, and sixth contexts; | The Accused Instrumentalities include an H.265 decoder that, for two bit positions in a first row in an lower left quadrant of the significance map assigns a seventh context different from the first, second, third, fourth, fifth, and sixth contexts, as set out below.<br><br>For example, an H.265 decoder assigns contexts for decoding of sig_coeff_flag for transform coefficients by determining a ctxIdx, which is determined using ctxInc, which in turn is determined based on bit positions in the significance map. The variable sigCtx is used to determine the ctxInc value used, and the first row in the lower left quadrant of the significance map corresponds to the ctxIdxMap[i] indices 8 and 9, which corresponds to a value of 6, different from the values 0, 1, 2, 3, 4, and 5, and corresponding to corresponding to a different context.<br><br>9.3.4.2   Derivation process for ctxTable, ctxIdx and bypassFlag<br><br>9.3.4.2.1  General<br><br>……<br><br>– The variable ctxIdxOffset is specified by the lowest value of ctxIdx in Table 9-4 depending on the current value of initType.<br><br>– ctxIdx is set equal to the sum of ctxInc and ctxIdxOffset.<br><br>…… |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
|  | **9.3.4.2.5 Derivation process of ctxInc for the syntax element sig_coeff_flag**<br><br>Inputs to this process are the colour component index cIdx, the luma location ( x0, y0 ) specifying the top-left sample of the current transform block relative to the top-left sample of the current picture, the current coefficient scan location ( xC, yC ), the scan order index scanIdx and the transform block size log2TrafoSize.<br><br>Output of this process is the variable ctxInc.<br><br>. . . . . .<br>  &minus;  Otherwise, if log2TrafoSize is equal to 2, sigCtx is derived using ctxIdxMap[ ] specified in Table 9-50 as follows:<br><br>$$\text{sigCtx} = \text{ctxIdxMap}[\ (\ yC\ <<\ 2\ ) + xC\ ] \qquad (9\text{-}41)$$<br><br>. . . . . .<br><br>The context index increment ctxInc is derived using the colour component index cIdx and sigCtx as follows:<br><br>  &minus;  If cIdx is equal to 0, ctxInc is derived as follows:<br><br>$$\text{ctxInc} = \text{sigCtx} \qquad (9\text{-}54)$$<br><br>. . . . . .<br><br>**Table 9-50 – Specification of ctxIdxMap[ i ]** |

| i | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ctxIdxMap[ i ] | 0 | 1 | 4 | 5 | 2 | 3 | 4 | 5 | 6 | 6 | 8 | 8 | 7 | 7 | 8 |

ITU-T T.Rec H.265 (12/2016) at §§ 9.3.4.2, 9.3.4.2.1, 9.3.4.2.5.

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| **[H]** two bit positions in a second row in the lower left quadrant of the significance map are assigned an eighth context different from the first, second, third, fourth, fifth, sixth, and seventh contexts; and | The Accused Instrumentalities include an H.265 decoder that, for two bit positions in a second row in an lower left quadrant of the significance map assigns an eighth context different from the first, second, third, fourth, fifth, sixth, and seventh contexts, as set out below.<br><br>For example, an H.265 decoder assigns contexts for decoding of sig_coeff_flag for transform coefficients by determining a ctxIdx, which is determined using ctxInc, which in turn is determined based on bit positions in the significance map. The variable sigCtx is used to determine the ctxInc value used, and the second row in the lower left quadrant of the significance map corresponds to the ctxIdxMap[i] indices 12 and 13, which corresponds to a value of 7, different from the values 0, 1, 2, 3, 4, 5, and 6, and corresponding to corresponding to a different context.<br><br>**9.3.4.2  Derivation process for ctxTable, ctxIdx and bypassFlag**<br><br>**9.3.4.2.1  General**<br><br>. . . . . . |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| | – The variable ctxIdxOffset is specified by the lowest value of ctxIdx in Table 9-4 depending on the current value of initType.<br><br>– ctxIdx is set equal to the sum of ctxInc and ctxIdxOffset.<br><br>......<br><br>**9.3.4.2.5 Derivation process of ctxInc for the syntax element sig_coeff_flag**<br><br>Inputs to this process are the colour component index cIdx, the luma location ( x0, y0 ) specifying the top-left sample of the current transform block relative to the top-left sample of the current picture, the current coefficient scan location ( xC, yC ), the scan order index scanIdx and the transform block size log2TrafoSize.<br><br>Output of this process is the variable ctxInc.<br><br>......<br>– Otherwise, if log2TrafoSize is equal to 2, sigCtx is derived using ctxIdxMap[ ] specified in Table 9-50 as follows:<br><br>$$sigCtx = ctxIdxMap[ \, ( yC \ll 2 ) + xC \, ] \qquad (9\text{-}41)$$<br><br>......<br><br>The context index increment ctxInc is derived using the colour component index cIdx and sigCtx as follows:<br><br>– If cIdx is equal to 0, ctxInc is derived as follows:<br><br>$$ctxInc = sigCtx \qquad (9\text{-}54)$$<br><br>......<br><br>**Table 9-50 – Specification of ctxIdxMap[ i ]**<br><br>| i | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |<br>|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|<br>| ctxIdxMap[ i ] | 0 | 1 | 4 | 5 | 2 | 3 | 4 | 5 | 6 | 6 | 8 | 8 | 7 | 7 | 8 |<br><br>ITU-T T.Rec H.265 (12/2016) at §§ 9.3.4.2, 9.3.4.2.1, 9.3.4.2.5. |
| **[I]** three bit positions, including the top-left, top-right, and bottom-left bit positions, in a lower right quadrant are assigned a ninth context different from the first, second, third, fourth, fifth, sixth, seventh, and eighth contexts; | The Accused Instrumentalities include an H.265 decoder that, for three bit positions, including the top-left, top-right, and bottom-left bit positions, in a lower right quadrant assigns a ninth context different from the first, second, third, fourth, fifth, sixth, seventh, and eighth contexts, as set out below.<br><br>For example, an H.265 decoder assigns contexts for decoding of sig_coeff_flag for transform coefficients by determining a ctxIdx, which is determined using ctxInc, which in turn is determined based on bit positions in the significance map. The variable sigCtx is used to determine the ctxInc value used, and the top-left, top-right, and bottom-left bit positions, in a lower right quadrant of the significance map correspond to the ctxIdxMap[i] indices 10, 11 and 14, which corresponds to a |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
|  | value of 8, different from the values 0, 1, 2, 3, 4, 5, 6, and 7, and corresponding to corresponding to a different context.<br><br>**9.3.4.2    Derivation process for ctxTable, ctxIdx and bypassFlag**<br><br>**9.3.4.2.1   General**<br><br>......<br>  – The variable ctxIdxOffset is specified by the lowest value of ctxIdx in Table 9-4 depending on the current value of initType.<br>  – ctxIdx is set equal to the sum of ctxInc and ctxIdxOffset.<br><br>......<br><br>**9.3.4.2.5  Derivation process of ctxInc for the syntax element sig_coeff_flag**<br><br>Inputs to this process are the colour component index cIdx, the luma location ( x0, y0 ) specifying the top-left sample of the current transform block relative to the top-left sample of the current picture, the current coefficient scan location ( xC, yC ), the scan order index scanIdx and the transform block size log2TrafoSize.<br><br>Output of this process is the variable ctxInc.<br><br>......<br>  – Otherwise, if log2TrafoSize is equal to 2, sigCtx is derived using ctxIdxMap[ ] specified in Table 9-50 as follows:<br><br>$$sigCtx = ctxIdxMap[\ (\ yC\ <<\ 2\ ) + xC\ ] \qquad (9\text{-}41)$$<br><br>......<br><br>The context index increment ctxInc is derived using the colour component index cIdx and sigCtx as follows:<br><br>  – If cIdx is equal to 0, ctxInc is derived as follows:<br><br>$$ctxInc = sigCtx \qquad (9\text{-}54)$$<br><br>......<br><br>**Table 9-50 – Specification of ctxIdxMap[ i ]**<br><br><table><tr><td>i</td><td>0</td><td>1</td><td>2</td><td>3</td><td>4</td><td>5</td><td>6</td><td>7</td><td>8</td><td>9</td><td>10</td><td>11</td><td>12</td><td>13</td><td>14</td></tr><tr><td>ctxIdxMap[ i ]</td><td>0</td><td>1</td><td>4</td><td>5</td><td>2</td><td>3</td><td>4</td><td>5</td><td>6</td><td>6</td><td>8</td><td>8</td><td>7</td><td>7</td><td>8</td></tr></table><br><br>ITU-T T.Rec H.265 (12/2016) at §§ 9.3.4.2, 9.3.4.2.1, 9.3.4.2.5. |
| **[J]** decoding the encoded data based on the determined context for that bit position to reconstruct a bit value of the | The Accused Instrumentalities include an H.265 decoder that decodes the encoded data based on the determined context for that bit position to reconstruct a bit value of the significant coefficient flag for that bit position, as set out below. |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| significant coefficient flag for that bit position; and | For example, an H.265 decoder decodes encoded data to reconstruct the bit values for significant coefficient flags based on the determined context for the corresponding bit position. |

**7.3.8.11   Residual coding syntax**

| residual_coding( x0, y0, log2TrafoSize, cIdx ) { | Descriptor |
|---|---|
| ...... | |
| for( n = ( i == lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n−− ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( coded_sub_block_flag[ xS ][ yS ] && ( n > 0 \|\| !inferSbDcSigCoeffFlag ) ) { | |
| **sig_coeff_flag**[ xC ][ yC ] | ae(v) |
| if( sig_coeff_flag[ xC ][ yC ] ) | |
| inferSbDcSigCoeffFlag = 0 | |
| } | |
| } | |

......

**9.3.4.2   Derivation process for ctxTable, ctxIdx and bypassFlag**

**9.3.4.2.1   General**

......

**Table 9-4 – Association of ctxIdx and syntax elements for each initializationType in the initialization process**

| Syntax structure | Syntax element | ctxTable | initType | | |
|---|---|---|---|---|---|
| | | | 0 | 1 | 2 |
| ...... | | | | | |
| | coded_sub_block_flag[ ][ ] | Table 9-28 | 0..3 | 4..7 | 8..11 |
| | sig_coeff_flag[ ][ ] | Table 9-29 | 0..41 126..127 | 42..83 128..129 | 84..125 130..131 |

......

**9.3.4.3.2   Arithmetic decoding process for a binary decision**

**9.3.4.3.2.1   General**

Inputs to this process are the variables ctxTable, ctxIdx, ivlCurrRange and ivlOffset.

Outputs of this process are the decoded value binVal and the updated variables ivlCurrRange and ivlOffset.

......

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
| | Figure 9-6 shows the flowchart for decoding a single decision (DecodeDecision): <br><br> 1. The value of the variable ivlLpsRange is derived as follows: <br><br> – Given the current value of ivlCurrRange, the variable qRangeIdx is derived as follows: <br><br> $$qRangeIdx = ( ivlCurrRange >> 6 ) \& 3 \qquad (9\text{-}64)$$ <br><br> – Given qRangeIdx and pStateIdx associated with ctxTable and ctxIdx, the value of the variable rangeTabLps as specified in Table 9-52 is assigned to ivlLpsRange: <br><br> $$ivlLpsRange = rangeTabLps[\ pStateIdx\ ][\ qRangeIdx\ ] \qquad (9\text{-}65)$$ <br><br> 2. The variable ivlCurrRange is set equal to ivlCurrRange − ivlLpsRange and the following applies: <br><br> – If ivlOffset is greater than or equal to ivlCurrRange, the variable binVal is set equal to 1 − valMps, ivlOffset is decremented by ivlCurrRange and ivlCurrRange is set equal to ivlLpsRange. <br><br> – Otherwise, the variable binVal is set equal to valMps. <br><br> ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11, 9.3.4.2, 9.3.4.2.1, 9.3.4.3.2, 9.3.4.3.2.1. |
| [K] updating the context for that bit position based on the reconstructed bit value of the significant coefficient flag for that bit position, | The Accused Instrumentalities include an H.265 decoder that updates the context for that bit position based on the reconstructed bit value of the significant coefficient flag for that bit position, as set out below. <br><br> For example, an H.265 decoder updates the context variables associated with a ctxTable and ctxIdx based on the decoded value binVal and valMps of the context variable. <br><br> **9.3.4.3.2.2  State transition process** <br><br> Inputs to this process are the current pStateIdx, the decoded value binVal and valMps values of the context variable associated with ctxTable and ctxIdx. <br><br> Outputs of this process are the updated pStateIdx and valMps of the context variable associated with ctxIdx. <br><br> Depending on the decoded value binVal, the update of the two variables pStateIdx and valMps associated with ctxIdx is derived as follows: <br><br> ```
if( binVal  ==  valMps )
    pStateIdx = transIdxMps( pStateIdx )
else {                                          (9-66)
    if( pStateIdx  ==  0 )
        valMps = 1 – valMps
    pStateIdx = transIdxLps( pStateIdx )
}
``` <br><br> ITU-T T.Rec H.265 (12/2016) at § 9.3.4.3.2.2. |

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
|  |  |
| **[L]** wherein the reconstructed bit values of the significant coefficient flags form the reconstructed significance map, and | The Accused Instrumentalities include an H.265 decoder wherein the reconstructed bit values of the significant coefficient flags form the reconstructed significance map, as set out below.<br><br>For example, an H.265 decoder reconstructs bit values for sig_coeff_flag which constitute the reconstructed significance map.<br><br>7.3.8.11   Residual coding syntax<br><br>| residual_coding( x0, y0, log2TrafoSize, cIdx ) { | Descriptor |<br>|---|---|<br>| if( transform_skip_enabled_flag && !cu_transquant_bypass_flag && |  |<br><br>......<br><br>| for( n = ( i == lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n−− ) { |  |<br>| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] |  |<br>| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] |  |<br>| if( coded_sub_block_flag[ xS ][ yS ] && ( n > 0 \|\| !inferSbDcSigCoeffFlag ) ) { |  |<br>| **sig_coeff_flag**[ xC ][ yC ] | ae(v) |<br>| if( sig_coeff_flag[ xC ][ yC ] ) |  |<br>| inferSbDcSigCoeffFlag = 0 |  |<br>| } |  |<br>| } |  |<br><br>ITU-T T.Rec H.265 (12/2016) at § 7.3.8.11. |
| **[M]** wherein the transform unit is sized 4×4. | The Accused Instrumentalities include an H.265 decoder wherein the transform unit is sized 4x4.<br><br>For example, an H.265 decoder employs the above described functionality when log2TrafoSize is equal to 2, which corresponds to a 4x4 transform unit.<br><br>9.3.4.2.5   Derivation process of ctxInc for the syntax element sig_coeff_flag<br><br>Inputs to this process are the colour component index cIdx, the luma location ( x0, y0 ) specifying the top-left sample of the current transform block relative to the top-left sample of the current picture, the current coefficient scan location ( xC, yC ), the scan order index scanIdx and the transform block size log2TrafoSize.<br><br>...... |

U.S. Patent No. 11,627,338

| U.S. Patent No. 11,627,338 | Accused Instrumentalities |
|---|---|
|  | The variable sigCtx depends on the current location ( xC, yC ), the colour component index cIdx, the value of transform_skip_flag, the value of cu_transquant_bypass_flag, the transform block size and previously decoded bins of the syntax element coded_sub_block_flag. For the derivation of sigCtx, the following applies: <br><br> – If transform_skip_context_enabled_flag is equal to 1 and either or both transform_skip_flag[ x0 ][ y0 ][ cIdx ] is equal to 1 or cu_transquant_bypass_flag is equal to 1, sigCtx is derived as follows: <br><br> $$sigCtx = ( cIdx == 0 ) ? 42 : 16 \qquad (9\text{-}40)$$ <br><br> – Otherwise, if log2TrafoSize is equal to 2, sigCtx is derived using ctxIdxMap[ ] specified in Table 9-50 as follows: <br><br> $$sigCtx = ctxIdxMap[ ( yC << 2 ) + xC ] \qquad (9\text{-}41)$$ <br><br> – Otherwise, if xC + yC is equal to 0, sigCtx is derived as follows: <br> ITU-T T.Rec H.265 (12/2016) at § 9.3.4.2.5. |