# EXHIBIT 5

*Velos Media, LLC v. The Walt Disney Company, et al.*

**COMPLAINT EXHIBIT 5**
**U.S. Patent No. 9,008,184**

As demonstrated in the chart below, Disney directly infringes at least claim 1 of U.S. Patent No. 9,008,184 (the "'184 Patent"). Disney directly infringes the '184 Patent by using, for example, in the United States, at least methods that are covered by one or more claims of the '184 Patent in, for example, playback testing, the transcoding of uploaded video from HEVC (H.265) compliant video formats, or in the use of H.265-compliant software decoders included in Disney's applications.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '184 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Plaintiff's infringement positions or contentions.

The following infringement chart includes exemplary citations to ITU-T Rec. H.265 (12/2016) Advanced video coding for generic audiovisual services (available at https://www.itu.int/rec/recommendation.asp?lang=en&parent=T-REC-H.265-201612-S) (the "H.265 standard"). The cited functionality has been included in editions of the H.265 standard since at least April 2013 and remains in current editions of the H.265 standard. Disney's transcoders used, for example, in decoding uploaded video and re-encoding or encoding video for distribution and consumption by its users, as well as Disney's own decoders ("Accused Instrumentalities") include a decoder that practices the functionality in any of these editions of the H.265 standard and so practices at least one or more claims of the '184 Patent as set out below.

Each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

| U.S. Patent No. 9,008,184 | Accused Instrumentalities |
|---|---|
| **1. [A]** A method of decoding a bitstream of encoded video by reconstructing coefficients for a transform unit, | The Accused Instrumentalities include an H.265 decoder that employs a method of decoding a bitstream of encoded data by reconstructing coefficients for a transform unit, as set out below.<br><br>For example, an H.265 decoder decodes information for each transform unit sufficient to identify the location of each significant coefficient within the transform unit. |

---

[1] This claim chart is based on the information currently available and is intended to be exemplary in nature. All rights to update and elaborate these infringement positions are reserved, including as additional information is obtained during discovery.

| U.S. Patent No. 9,008,184 | Accused Instrumentalities |
|---|---|
| | **ITU-T**        **H.265**<br><br>TELECOMMUNICATION<br>STANDARDIZATION SECTOR<br>OF ITU      (12/2016)<br><br>**3     Definitions**<br><br>. . . . . .<br><br>**3.41**     **decoder**: An embodiment of a *decoding process*.<br>**3.44**     **decoding process**: The process specified in this Specification that reads a *bitstream* and derives *decoded pictures* from it.<br><br>**0.8     How to read this Specification**<br><br>It is suggested that the reader starts with clause 1 (Scope) and moves on to clause 3 (Definitions). Clause 6 should be read for the geometrical relationship of the source, input and output of the decoder. Clause 7 (Syntax and semantics) specifies the order to parse syntax elements from the bitstream. See clauses 7.1–7.3 for syntactical order and see clause 7.4 for semantics; e.g., the scope, restrictions and conditions that are imposed on the syntax elements. The actual parsing for most syntax elements is specified in clause 9 (Parsing process). Clause 10 (Sub-bitstream extraction process) specifies the sub-bitstream extraction process. Finally, clause 8 (Decoding process) specifies how the syntax elements are mapped into decoded samples. Throughout reading this Specification, the reader should refer to clauses 2 (Normative references), 4 (Abbreviations), and 5 (Conventions) as needed. Annexes A through I also form an integral part of this Recommendation \| International Standard.<br><br>. . . . . .<br><br>**7.3.8.10   Transform unit syntax**<br><br>| transform_unit( x0, y0, xBase, yBase, log2TrafoSize, trafoDepth, blkIdx ) { | Descriptor |<br>\|---\|---\|<br>\| log2TrafoSizeC = Max( 2, log2TrafoSize − ( ChromaArrayType = = 3 ? 0 : 1 ) ) \| \|<br><br>. . . . . .<br><br>\| if( cbfLuma ) \| \|<br>\|     residual_coding( x0, y0, log2TrafoSize, 0 ) \| \|<br><br>. . . . . .<br><br>**7.3.8.11   Residual coding syntax**<br><br>\| residual_coding( x0, y0, log2TrafoSize, cIdx ) { \| Descriptor \| |

| U.S. Patent No. 9,008,184 | Accused Instrumentalities | |
|---|---|---|
| | ...... | |
| | while( ( xC := LastSignificantCoeffX ) \|\| ( yC := LastSignificantCoeffY ) ) | |
| | for( i = lastSubBlock; i >= 0; i− − ) { | |
| | xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ] | |
| | ...... | |
| | } | |
| | for( n = 15; n >= 0; n− − ) { | |
| | xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| | yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| | if( sig_coeff_flag[ xC ][ yC ] && <br> ( !sign_data_hiding_enabled_flag \|\| !signHidden \|\| ( n != firstSigScanPos ) ) ) | |
| | **coeff_sign_flag[ n ]** | ae(v) |
| | } | |
| | numSigCoeff = 0 | |
| | sumAbsLevel = 0 | |
| | for( n = 15; n >= 0; n− − ) { | |
| | xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| | yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| | if( sig_coeff_flag[ xC ][ yC ] ) { | |
| | baseLevel = 1 + coeff_abs_level_greater1_flag[ n ] + <br> coeff_abs_level_greater2_flag[ n ] | |
| | if( baseLevel == ( ( numSigCoeff < 8 ) ? <br> ( ( n == lastGreater1ScanPos) ? 3 : 2 ) : 1 ) ) | |
| | **coeff_abs_level_remaining[ n ]** | ae(v) |
| | TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = <br> ( coeff_abs_level_remaining[ n ] + baseLevel ) * ( 1 − 2 * coeff_sign_flag[ n ] ) | |
| | if( sign_data_hiding_enabled_flag && signHidden ) { | |
| | sumAbsLevel += ( coeff_abs_level_remaining[ n ] + baseLevel ) | |
| | if( ( n == firstSigScanPos ) && ( ( sumAbsLevel % 2 ) == 1 ) ) | |
| | TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = <br> −TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] | |
| | } | |
| | numSigCoeff++ | |
| | } | |
| | ...... | |
| | **7.4.9.11  Residual coding semantics** | |
| | ...... | |

| U.S. Patent No. 9,008,184 | Accused Instrumentalities |
|---|---|
| | coeff_sign_flag[ n ] specifies the sign of a transform coefficient level for the scanning position n as follows:<br>– If coeff_sign_flag[ n ] is equal to 0, the corresponding transform coefficient level has a positive value.<br>– Otherwise (coeff_sign_flag[ n ] is equal to 1), the corresponding transform coefficient level has a negative value.<br>When coeff_sign_flag[ n ] is not present, it is inferred to be equal to 0.<br><br>ITU-T T.Rec H.265 (12/2016) at §§ 0.8, 3, 7.3.8.10, 7.3.8.11, 7.4.9.11. |
| **[B]** the bitstream encoding two or more sets of sign bits for the transform unit, each set of sign bits corresponding to a respective set of coefficients for the transform unit, wherein each sign bit indicates the sign of a corresponding non-zero coefficient within the respective set, the method comprising: | The Accused Instrumentalities include an H.265 decoder with the bitstream encoding two or more sets of sign bits for the transform unit, each set of sign bits corresponding to a respective set of coefficients for the transform unit, wherein each sign bit indicates the sign of a corresponding non-zero coefficient within the respective set.<br><br>For example, an H.265 decoder decodes information for each transform unit including a coeff_sign_flag that indicates whether the corresponding transform coefficient level has a positive or negative value as set out below.<br><br>7.3.8.11 Residual coding syntax<br><br>residual_coding( x0, y0, log2TrafoSize, cIdx ) {       Descriptor<br>......<br>} while( ( xC != LastSignificantCoeffX ) || ( yC != LastSignificantCoeffY ) )<br>for( i = lastSubBlock; i >= 0; i−− ) {<br>xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ]<br>...... |

- 4 -

| U.S. Patent No. 9,008,184 | Accused Instrumentalities | | |
|---|---|---|---|
| | `}` | | |
| | `for( n = 15; n >= 0; n−− ) {` | | |
| | `    xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ]` | | |
| | `    yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ]` | | |
| | `    if( sig_coeff_flag[ xC ][ yC ] &&`<br>`       ( !sign_data_hiding_enabled_flag || !signHidden || ( n != firstSigScanPos ) ) )` | | |
| | **coeff_sign_flag[ n ]** | ae(v) | |
| | `}` | | |
| | `numSigCoeff = 0` | | |
| | `sumAbsLevel = 0` | | |
| | `for( n = 15; n >= 0; n−− ) {` | | |
| | `    xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ]` | | |
| | `    yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ]` | | |
| | `    if( sig_coeff_flag[ xC ][ yC ] ) {` | | |
| | `        baseLevel = 1 + coeff_abs_level_greater1_flag[ n ] +`<br>`                coeff_abs_level_greater2_flag[ n ]` | | |
| | `        if( baseLevel == ( ( numSigCoeff < 8 ) ?`<br>`                ( ( n == lastGreater1ScanPos) ? 3 : 2 ) : 1 ) )` | | |
| | **coeff_abs_level_remaining[ n ]** | ae(v) | |
| | `        TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] =`<br>`            ( coeff_abs_level_remaining[ n ] + baseLevel ) * ( 1 − 2 * coeff_sign_flag[ n ] )` | | |
| | `        if( sign_data_hiding_enabled_flag && signHidden ) {` | | |
| | `            sumAbsLevel += ( coeff_abs_level_remaining[ n ] + baseLevel )` | | |
| | `            if( ( n == firstSigScanPos ) && ( ( sumAbsLevel % 2 ) == 1 ) )` | | |
| | `                TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] =`<br>`                    −TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ]` | | |
| | `        }` | | |
| | `        numSigCoeff++` | | |
| | `    }` | | |

…….

**7.4.9.11   Residual coding semantics**

…….

**coeff_sign_flag[ n ]** specifies the sign of a transform coefficient level for the scanning position n as follows:

- If coeff_sign_flag[ n ] is equal to 0, the corresponding transform coefficient level has a positive value.
- Otherwise (coeff_sign_flag[ n ] is equal to 1), the corresponding transform coefficient level has a negative value.

When coeff_sign_flag[ n ] is not present, it is inferred to be equal to 0.

…….

ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11, 7.4.9.11.

| U.S. Patent No. 9,008,184 | Accused Instrumentalities |
|---|---|
| **[C]** for each of the two or more sets of sign bits, summing an absolute value of the coefficients for the respective set corresponding to that set of sign bits to obtain a parity value; and | The Accused Instrumentalities include an H.265 decoder that for each of the two or more sets of sign bits, sums an absolute value of the coefficients for the respective set corresponding to that set of sign bits to obtain a parity value.<br><br>For example, an H.265 decoder sums the coeff_abs_level_remaining and the baseLevel to obtain sumAbsLevel. The decoder will determine the parity of sumAbsLevel as shown below: |

**7.3.8.11   Residual coding syntax**

| residual_coding( x0, y0, log2TrafoSize, cIdx ) { | Descriptor |
|---|---|
| ...... | |
| for( i = lastSubBlock; i >= 0; i-- ) { | |
| ...... | |
| numSigCoeff = 0 | |
| sumAbsLevel = 0 | |
| for( n = 15; n >= 0; n-- ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( sig_coeff_flag[ xC ][ yC ] ) { | |
| baseLevel = 1 + coeff_abs_level_greater1_flag[ n ] + coeff_abs_level_greater2_flag[ n ] | |
| if( baseLevel == ( ( numSigCoeff < 8 ) ? ( (n == lastGreater1ScanPos) ? 3 : 2 ) : 1 ) ) | |
| **coeff_abs_level_remaining[ n ]** | ae(v) |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = ( coeff_abs_level_remaining[ n ] + baseLevel ) * ( 1 − 2 * coeff_sign_flag[ n ] ) | |
| if( sign_data_hiding_enabled_flag && signHidden ) { | |
| sumAbsLevel += ( coeff_abs_level_remaining[ n ] + baseLevel ) | |
| if( ( n == firstSigScanPos ) && ( ( sumAbsLevel % 2 ) == 1 ) ) | |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = −TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] | |
| } | |
| numSigCoeff++ | |
| } | |
| } | |

| U.S. Patent No. 9,008,184 | Accused Instrumentalities |
|---|---|
|  | . . . . . .<br><br>**7.4.9.11  Residual coding semantics**<br><br>. . . . . .<br><br>**coeff_abs_level_greater1_flag**[ n ] specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 1.<br><br>. . . . . .<br><br>**coeff_abs_level_greater2_flag**[ n ] specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 2.<br><br>. . . . . .<br><br>**coeff_abs_level_remaining**[ n ] is the remaining absolute value of a transform coefficient level that is coded with Golomb-Rice code at the scanning position n. When coeff_abs_level_remaining[ n ] is not present, it is inferred to be equal to 0.<br><br>ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11,7.4.9.11. |
| **[D]** assigning a sign to one of the coefficients within the respective set based on whether the parity value is even or odd. | The Accused Instrumentalities include an H.265 decoder that, for each of the two or more sets of sign bits, will assign a sign to one of the coefficients within the respective set based on whether the parity value is even or odd.<br><br>For example, an H.265 decoder assigns a negative value to TransCoeffLevel based on the determined parity of sumAbsLevel as shown below:<br><br>**7.3.8.11  Residual coding syntax**<br><br><table><tr><td>residual_coding( x0, y0, log2TrafoSize, cIdx ) {</td><td>Descriptor</td></tr><tr><td>for( i = lastSubBlock; i >= 0; i− − ) {</td><td></td></tr></table><br>. . . . . . |

| U.S. Patent No. 9,008,184 | Accused Instrumentalities |
|---|---|
|  | <br>```<br>numSigCoeff = 0<br>sumAbsLevel = 0<br>for( n = 15; n >= 0; n−− ) {<br>    xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ]<br>    yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ]<br>    if( sig_coeff_flag[ xC ][ yC ] ) {<br>        baseLevel = 1 + coeff_abs_level_greater1_flag[ n ] +<br>                    coeff_abs_level_greater2_flag[ n ]<br>        if( baseLevel == ( ( numSigCoeff < 8 ) ?<br>            ( ( n == lastGreater1ScanPos) ? 3 : 2 ) : 1 ) )<br>            coeff_abs_level_remaining[ n ]                            ae(v)<br>        TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] =<br>            ( coeff_abs_level_remaining[ n ] + baseLevel ) * ( 1 − 2 * coeff_sign_flag[ n ] )<br>        if( sign_data_hiding_enabled_flag && signHidden ) {<br>            sumAbsLevel += ( coeff_abs_level_remaining[ n ] + baseLevel )<br>            if( ( n == firstSigScanPos ) && ( ( sumAbsLevel % 2 ) == 1 ) )<br>                TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] =<br>                    −TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ]<br>        }<br>        numSigCoeff++<br>    }<br>}<br>```<br><br>……<br><br>**7.4.9.11   Residual coding semantics**<br><br>……<br><br>**coeff_abs_level_greater1_flag**[ n ] specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 1.<br><br>……<br><br>**coeff_abs_level_greater2_flag**[ n ] specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 2.<br><br>……<br><br>**coeff_abs_level_remaining**[ n ] is the remaining absolute value of a transform coefficient level that is coded with Golomb-Rice code at the scanning position n. When coeff_abs_level_remaining[ n ] is not present, it is inferred to be equal to 0.<br><br>ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11, 7.4.9.11. |