# EXHIBIT 7

*Velos Media, LLC v. The Walt Disney Company, et al.*

**COMPLAINT EXHIBIT 7**
**U.S. Patent No. 12,186,395**

As demonstrated in the chart below, TikTok directly infringes at least claim 1 of U.S. Patent No. 12,186,395 (the "'395 Patent"). Disney directly infringes the '395 Patent by using, for example, in the United States, at least methods that are covered by one or more claims of the '395 Patent in, for example, playback testing, the transcoding of uploaded video from HEVC (H.265) compliant video formats, or in the use of H.265-compliant software decoders included in Disney's applications.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '395 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Plaintiff's infringement positions or contentions.

The following infringement chart includes exemplary citations to ITU-T Rec. H.265 (12/2016) Advanced video coding for generic audiovisual services (available at https://www.itu.int/rec/recommendation.asp?lang=en&parent=T-REC-H.265-201612-S) (the "H.265 standard"). The cited functionality has been included in editions of the H.265 standard since at least April 2013 and remains in current editions of the H.265 standard. Disney's transcoders used, for example, in decoding uploaded video and re-encoding or encoding video for distribution and consumption by its users, as well as Disney's own decoders ("Accused Instrumentalities") include a decoder that practices the functionality in any of these editions of the H.265 standard and so practices at least one or more claims of the '395 Patent as set out below.

Each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

| U.S. Patent No. 12,186,395 | Accused Instrumentalities |
|---|---|
| **1. [A]** A method of decoding a bitstream of encoded video, the method comprising: | The Accused Instrumentalities include an H.265 decoder that employs a method of decoding a bitstream of encoded video as shown below:<br>**ITU-T** **H.265** (12/2016)<br>TELECOMMUNICATION STANDARDIZATION SECTOR OF ITU |

[1] This claim chart is based on the information currently available and is intended to be exemplary in nature. All rights to update and elaborate these infringement positions are reserved, including as additional information is obtained during discovery.

| U.S. Patent No. 12,186,395 | Accused Instrumentalities |
|---|---|
| | **3 Definitions**<br>……<br>**3.41 decoder**: An embodiment of a *decoding process*.<br>**3.44 decoding process**: The process specified in this Specification that reads a *bitstream* and derives *decoded pictures* from it.<br><br>**0.8 How to read this Specification**<br>It is suggested that the reader starts with clause 1 (Scope) and moves on to clause 3 (Definitions). Clause 6 should be read for the geometrical relationship of the source, input and output of the decoder. Clause 7 (Syntax and semantics) specifies the order to parse syntax elements from the bitstream. See clauses 7.1–7.3 for syntactical order and see clause 7.4 for semantics; e.g., the scope, restrictions and conditions that are imposed on the syntax elements. The actual parsing for most syntax elements is specified in clause 9 (Parsing process). Clause 10 (Sub-bitstream extraction process) specifies the sub-bitstream extraction process. Finally, clause 8 (Decoding process) specifies how the syntax elements are mapped into decoded samples. Throughout reading this Specification, the reader should refer to clauses 2 (Normative references), 4 (Abbreviations), and 5 (Conventions) as needed. Annexes A through I also form an integral part of this Recommendation \| International Standard.<br>……<br><br>**7.4.9.10 Transform unit semantics**<br>The transform coefficient levels are represented by the arrays TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ], which are either specified in clause 7.3.8.11 or inferred as follows. The array indices x0, y0 specify the location ( x0, y0 ) of the top-left luma sample of the considered transform block relative to the top-left luma sample of the picture. The array index cIdx specifies an indicator for the colour component; it is equal to 0 for Y, 1 for Cb, and 2 for Cr. The array indices xC and yC specify the transform coefficient location ( xC, yC ) within the current transform block. When the value of TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] is not specified in clause 7.3.8.11, it is inferred to be equal to 0.<br>……<br>**7.3.8.10 Transform unit syntax**<br><br>transform_unit( x0, y0, xBase, yBase, log2TrafoSize, trafoDepth, blkIdx ) { — **Descriptor**<br>……<br>if( cbfLuma )<br>residual_coding( x0, y0, log2TrafoSize, 0 )<br>…… |

| U.S. Patent No. 12,186,395 | Accused Instrumentalities |
|---|---|
| | **7.3.8.11 Residual coding syntax** |

| residual_coding( x0, y0, log2TrafoSize, cIdx ) { | **Descriptor** |
|---|---|

……

| for( i = lastSubBlock; i >= 0; i− − ) { | |
|---|---|
| xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ] | |
| yS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 1 ] | |

……

| for( n = 15; n >= 0; n− − ) { | |
|---|---|
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( sig_coeff_flag[ xC ][ yC ] ) { | |
| baseLevel = 1 + coeff_abs_level_greater1_flag[ n ] + coeff_abs_level_greater2_flag[ n ] | |
| if( baseLevel = = ( ( numSigCoeff < 8 ) ? ( (n = = lastGreater1ScanPos) ? 3 : 2 ) : 1 ) ) | |
| **coeff_abs_level_remaining**[ n ] | ae(v) |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = ( coeff_abs_level_remaining[ n ] + baseLevel ) * ( 1 − 2 * coeff_sign_flag[ n ] ) | |
| if( sign_data_hiding_enabled_flag && signHidden ) { | |
| sumAbsLevel += ( coeff_abs_level_remaining[ n ] + baseLevel ) | |
| if( ( n = = firstSigScanPos ) && ( ( sumAbsLevel % 2 ) = = 1 ) ) | |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = −TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] | |
| } | |

ITU-T T.Rec H.265 (12/2016) at §§ 0.8, 3, 7.3.8.10, 7.3.8.11, 7.4.9.10.

| U.S. Patent No. 12,186,395 | Accused Instrumentalities |
|---|---|
| **[B]** receiving a transform unit having a 16×16 size that is partitioned into sixteen contiguous coefficient groups, each coefficient group of the sixteen contiguous coefficient groups having a 4×4 size; | The Accused Instrumentalities include an H.265 decoder which receives a transform unit having a 16×16 size that is partitioned into sixteen contiguous coefficient groups, each coefficient group of the sixteen contiguous coefficient groups having a 4×4 size.<br><br>For example, an H.265 decoder decodes transform units having a 16x16 size that are partitioned into coefficient groups of 4x4 blocks: |

| U.S. Patent No. 12,186,395 | Accused Instrumentalities |
|---|---|
| | **3 Definitions**<br>……<br>**3.168 transform unit**: A *transform block* of *luma* samples of size 8x8, 16x16, or 32x32 or four *transform blocks* of *luma* samples of size 4x4, two corresponding *transform blocks* of *chroma* samples of a *picture* in 4:2:0 colour format; or a *transform block* of *luma* samples of size 8x8, 16x16, or 32x32, and four corresponding *transform blocks* of *chroma* samples, or four *transform blocks* of *luma* samples of size 4x4, and four corresponding *transform blocks* of *chroma* samples of a *picture* in 4:2:2 colour format; or a *transform block* of *luma* samples of size 4x4, 8x8, 16x16, or 32x32, and two corresponding *transform blocks* of *chroma* samples of a *picture* in 4:4:4 colour format that is not coded using three separate colour planes and *syntax structures* used to transform the *transform block* samples; or a *transform block* of *luma* samples of size 8x8, 16x16, or 32x32 or four *transform blocks* of *luma* samples of size 4x4 of a monochrome *picture* or a *picture* in 4:4:4 colour format that is coded using three separate colour planes; and the associated *syntax structures* used to transform the *transform block* samples.<br>……<br>**7.3.8.11 Residual coding syntax** |

| residual_coding( x0, y0, log2TrafoSize, cIdx ) { | **Descriptor** |
|---|---|

……

| | |
|---|---|
| for( i = lastSubBlock; i >= 0; i− − ) { | |
| xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ] | |
| yS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 1 ] | |
| escapeDataPresent = 0 | |
| inferSbDcSigCoeffFlag = 0 | |
| if( ( i < lastSubBlock ) && ( i > 0 ) ) { | |
| **coded_sub_block_flag**[ xS ][ yS ] | ae(v) |
| inferSbDcSigCoeffFlag = 1 | |
| } | |

……

| U.S. Patent No. 12,186,395 | Accused Instrumentalities |
|---|---|
| | (see syntax table below) |

| | |
|---|---|
| } | |
| for( n = 15; n >= 0; n− − ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( sig_coeff_flag[ xC ][ yC ] && ( !sign_data_hiding_enabled_flag \|\| !signHidden \|\| ( n != firstSigScanPos ) ) ) | |
| **coeff_sign_flag**[ n ] | ae(v) |
| } | |
| numSigCoeff = 0 | |
| sumAbsLevel = 0 | |
| for( n = 15; n >= 0; n− − ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( sig_coeff_flag[ xC ][ yC ] ) { | |
| baseLevel = 1 + coeff_abs_level_greater1_flag[ n ] + coeff_abs_level_greater2_flag[ n ] | |
| if( baseLevel = = ( ( numSigCoeff < 8 ) ? ( (n = = lastGreater1ScanPos) ? 3 : 2 ) : 1 ) ) | |
| **coeff_abs_level_remaining**[ n ] | ae(v) |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = ( coeff_abs_level_remaining[ n ] + baseLevel ) * ( 1 − 2 * coeff_sign_flag[ n ] ) | |
| if( sign_data_hiding_enabled_flag && signHidden ) { | |
| sumAbsLevel += ( coeff_abs_level_remaining[ n ] + baseLevel ) | |
| if( ( n = = firstSigScanPos ) && ( ( sumAbsLevel % 2 ) = = 1 ) ) | |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = −TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] | |
| } | |
| numSigCoeff++ | |
| } | |

……

**7.4.9.11 Residual coding semantics**

……

**coded_sub_block_flag**[ xS ][ yS ] specifies the following for the sub-block at location ( xS, yS ) within the current transform block, where a sub-block is a (4x4) array of 16 transform coefficient levels:

……

ITU-T T.Rec H.265 (12/2016) at §§ 3, 7.3.8.11, 7.4.9.11.

<table>
<tr><th>U.S. Patent No. 12,186,395</th><th>Accused Instrumentalities</th></tr>
<tr><td>[C] determining that an amount of coefficients between a first non-zero coefficient in a coefficient group of the sixteen contiguous coefficient groups and a last non-zero coefficient in the coefficient group exceeds a threshold;</td><td>The Accused Instrumentalities include an H.265 decoder that determines that an amount of coefficients between a first non-zero coefficient in a coefficient group of the sixteen contiguous coefficient groups and a last non-zero coefficient in the coefficient group exceeds a threshold.<br><br>For example, an H.265 decoder will determine whether to use sign bit hiding based on whether lastSigScanPos – firstSigScanPos is greater than "3" as shown below:<br><br>7.3.8.11 Residual coding syntax<br><br>residual_coding( x0, y0, log2TrafoSize, cIdx ) { | Descriptor<br>……<br>for( i = lastSubBlock; i >= 0; i− − ) {<br>xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ]<br>yS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 1 ]<br>……<br>firstSigScanPos = 16<br>lastSigScanPos = −1<br>numGreater1Flag = 0<br>lastGreater1ScanPos = −1<br>for( n = 15; n >= 0; n− − ) {<br>xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ]<br>yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ]<br>if( sig_coeff_flag[ xC ][ yC ] ) {<br>……</td></tr>
</table>

| U.S. Patent No. 12,186,395 | Accused Instrumentalities |
|---|---|
| | if( lastSigScanPos = = −1 )<br>lastSigScanPos = n<br>firstSigScanPos = n<br>}<br>}<br>if( cu_transquant_bypass_flag \|\|<br>( CuPredMode[ x0 ][ y0 ] = = MODE_INTRA &&<br>implicit_rdpcm_enabled_flag && transform_skip_flag[ x0 ][ y0 ][ cIdx ] &&<br>( predModeIntra = = 10 \|\| predModeIntra = = 26 ) ) \|\|<br>explicit_rdpcm_flag[ x0 ][ y0 ][ cIdx ] )<br>signHidden = 0<br>else<br>signHidden = lastSigScanPos − firstSigScanPos > 3<br><br>ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11. |
| **[D]** determining absolute values of all non-zero coefficients in the coefficient group; | The Accused Instrumentalities include an H.265 decoder that determines absolute values of all non-zero coefficients in the coefficient group.<br><br>For example, an H.265 decoder will determine the coeff_abs_level_remaining and baselevel for each of the non-zero coefficients as shown below:<br><br>**7.3.8.11 Residual coding syntax**<br><br>residual_coding( x0, y0, log2TrafoSize, cIdx ) { — **Descriptor**<br>……<br>for( i = lastSubBlock; i >= 0; i− − ) {<br>……<br>if( cu_transquant_bypass_flag \|\|<br>( CuPredMode[ x0 ][ y0 ] = = MODE_INTRA &&<br>implicit_rdpcm_enabled_flag && transform_skip_flag[ x0 ][ y0 ][ cIdx ] &&<br>( predModeIntra = = 10 \|\| predModeIntra = = 26 ) ) \|\|<br>explicit_rdpcm_flag[ x0 ][ y0 ][ cIdx ] )<br>signHidden = 0<br>else<br>signHidden = lastSigScanPos − firstSigScanPos > 3 |

| U.S. Patent No. 12,186,395 | Accused Instrumentalities |
|---|---|
| | ...... |

| | |
|---|---|
| } | |
| for( n = 15; n >= 0; n− − ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( sig_coeff_flag[ xC ][ yC ] && ( !sign_data_hiding_enabled_flag \|\| !signHidden \|\| ( n != firstSigScanPos ) ) ) | |
| **coeff_sign_flag**[ n ] | ae(v) |
| } | |
| numSigCoeff = 0 | |
| sumAbsLevel = 0 | |
| for( n = 15; n >= 0; n− − ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( sig_coeff_flag[ xC ][ yC ] ) { | |
| baseLevel = 1 + coeff_abs_level_greater1_flag[ n ] + coeff_abs_level_greater2_flag[ n ] | |
| if( baseLevel = = ( ( numSigCoeff < 8 ) ? ( (n = = lastGreater1ScanPos) ? 3 : 2 ) : 1 ) ) | |
| **coeff_abs_level_remaining**[ n ] | ae(v) |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = ( coeff_abs_level_remaining[ n ] + baseLevel ) * ( 1 − 2 * coeff_sign_flag[ n ] ) | |
| if( sign_data_hiding_enabled_flag && signHidden ) { | |
| sumAbsLevel += ( coeff_abs_level_remaining[ n ] + baseLevel ) | |

......

### 7.4.9.11 Residual coding semantics

......

**coeff_abs_level_greater1_flag**[ n ] specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 1.

......

**coeff_abs_level_greater2_flag**[ n ] specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 2.

......

<table>
<tr><th>U.S. Patent No. 12,186,395</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>coeff_sign_flag[ n ] specifies the sign of a transform coefficient level for the scanning position n as follows:<br>– If coeff_sign_flag[ n ] is equal to 0, the corresponding transform coefficient level has a positive value.<br>– Otherwise (coeff_sign_flag[ n ] is equal to 1), the corresponding transform coefficient level has a negative value.<br>When coeff_sign_flag[ n ] is not present, it is inferred to be equal to 0.<br>coeff_abs_level_remaining[ n ] is the remaining absolute value of a transform coefficient level that is coded with Golomb-Rice code at the scanning position n. When coeff_abs_level_remaining[ n ] is not present, it is inferred to be equal to 0.<br><br>ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11,7.4.9.11.</td></tr>
<tr><td>[E] summing all of the absolute values; and</td><td>The Accused Instrumentalities include an H.265 decoder that sums all the absolute values.<br><br>For example, an H.265 decoder will determine sumsAbsLevel by summing over coeff_abs_level_remaining and baseLevel as shown below:<br><br>7.3.8.11 Residual coding syntax<br><br>residual_coding( x0, y0, log2TrafoSize, cIdx ) { | Descriptor<br>……<br>for( i = lastSubBlock; i >= 0; i− − ) {<br>……<br>if( cu_transquant_bypass_flag | |<br>( CuPredMode[ x0 ][ y0 ] = = MODE_INTRA &&<br>implicit_rdpcm_enabled_flag && transform_skip_flag[ x0 ][ y0 ][ cIdx ] &&<br>( predModeIntra = = 10 | | predModeIntra = = 26 ) ) | |<br>explicit_rdpcm_flag[ x0 ][ y0 ][ cIdx ] )<br>signHidden = 0<br>else<br>signHidden = lastSigScanPos − firstSigScanPos > 3<br>……</td></tr>
</table>

<table>
<tr><th>U.S. Patent No. 12,186,395</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>

| | |
|---|---|
| } | |
| for( n = 15; n >= 0; n− − ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( sig_coeff_flag[ xC ][ yC ] && ( !sign_data_hiding_enabled_flag \|\| !signHidden \|\| ( n != firstSigScanPos ) ) ) | |
| **coeff_sign_flag**[ n ] | ae(v) |
| } | |
| numSigCoeff = 0 | |
| sumAbsLevel = 0 | |
| for( n = 15; n >= 0; n− − ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( sig_coeff_flag[ xC ][ yC ] ) { | |
| baseLevel = 1 + coeff_abs_level_greater1_flag[ n ] + coeff_abs_level_greater2_flag[ n ] | |
| if( baseLevel = = ( ( numSigCoeff < 8 ) ? ( (n = = lastGreater1ScanPos) ? 3 : 2 ) : 1 ) ) | |
| **coeff_abs_level_remaining**[ n ] | ae(v) |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = ( coeff_abs_level_remaining[ n ] + baseLevel ) * ( 1 − 2 * coeff_sign_flag[ n ] ) | |
| if( sign_data_hiding_enabled_flag && signHidden ) { | |
| sumAbsLevel += ( coeff_abs_level_remaining[ n ] + baseLevel ) | |

……

**7.4.9.11 Residual coding semantics**

……

**coeff_abs_level_greater1_flag**[ n ] specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 1.

……

**coeff_abs_level_greater2_flag**[ n ] specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 2.

……
</td></tr>
</table>

<table>
<tr><th>U.S. Patent No. 12,186,395</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>

**coeff_sign_flag**[ n ] specifies the sign of a transform coefficient level for the scanning position n as follows:

– If coeff_sign_flag[ n ] is equal to 0, the corresponding transform coefficient level has a positive value.

– Otherwise (coeff_sign_flag[ n ] is equal to 1), the corresponding transform coefficient level has a negative value.

When coeff_sign_flag[ n ] is not present, it is inferred to be equal to 0.

**coeff_abs_level_remaining**[ n ] is the remaining absolute value of a transform coefficient level that is coded with Golomb-Rice code at the scanning position n. When coeff_abs_level_remaining[ n ] is not present, it is inferred to be equal to 0.

ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11,7.4.9.11.

</td></tr>
<tr><td>

**[F]** based on the summing, assigning a sign to a coefficient in the coefficient group.

</td><td>

The Accused Instrumentalities include an H.265 decoder that, based on the summing, will assign a sign to a coefficient in the coefficient group.

For example, an H.265 decoder assigns a negative value to TransCoeffLevel based on the determined parity of sumAbsLevel as shown below:

**7.3.8.11 Residual coding syntax**

……

```
for( i = lastSubBlock; i >= 0; i− − ) {
```

……

```
signHidden = lastSigScanPos − firstSigScanPos > 3
```

……

```
for( n = 15; n >= 0; n− − ) {
  xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ]
  yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ]
  if( sig_coeff_flag[ xC ][ yC ] &&
    ( !sign_data_hiding_enabled_flag || !signHidden || ( n != firstSigScanPos ) ) )
    coeff_sign_flag[ n ]                                   ae(v)
}
```

……

</td></tr>
</table>

| U.S. Patent No. 12,186,395 | Accused Instrumentalities |
|---|---|
| | (see syntax table below) |

| | |
|---|---|
| for( n = 15; n >= 0; n− − ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( sig_coeff_flag[ xC ][ yC ] ) { | |
| baseLevel = 1 + coeff_abs_level_greater1_flag[ n ] + coeff_abs_level_greater2_flag[ n ] | |
| if( baseLevel = = ( ( numSigCoeff < 8 ) ? ( (n = = lastGreater1ScanPos) ? 3 : 2 ) : 1 ) ) | |
| **coeff_abs_level_remaining**[ n ] | ae(v) |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = ( coeff_abs_level_remaining[ n ] + baseLevel ) * ( 1 − 2 * coeff_sign_flag[ n ] ) | |
| if( sign_data_hiding_enabled_flag && signHidden ) { | |
| sumAbsLevel += ( coeff_abs_level_remaining[ n ] + baseLevel ) | |
| if( ( n = = firstSigScanPos ) && ( ( sumAbsLevel % 2 ) = = 1 ) ) | |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = −TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] | |
| } | |
| numSigCoeff++ | |
| } | |
| } | |
| } | |
| } | |