# EXHIBIT 9

*Velos Media, LLC v. The Walt Disney Company, et al.*

**COMPLAINT EXHIBIT 9**
**U.S. Patent No. 8,964,849**

As demonstrated in the chart below, Disney directly infringes at least claim 1 of U.S. Patent No. 8,964,849 (the "'849 Patent"). Disney directly infringes the '849 Patent by using, for example, in the United States, at least methods that are covered by one or more claims of the '849 Patent in, for example, playback testing, the transcoding of uploaded video from HEVC (H.265) compliant video formats, or in the use of H.265-compliant software decoders included in Disney's applications.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '849 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Plaintiff's infringement positions or contentions.

The following infringement chart includes exemplary citations to ITU-T Rec. H.265 (12/2016) Advanced video coding for generic audiovisual services (available at https://www.itu.int/rec/recommendation.asp?lang=en&parent=T-REC-H.265-201612-S) (the "H.265 standard"). The cited functionality has been included in editions of the H.265 standard since at least April 2013 and remains in current editions of the H.265 standard. Disney's transcoders used, for example, in decoding uploaded video and re-encoding or encoding video for distribution and consumption by its users, as well as Disney's own decoders ("Accused Instrumentalities") include a decoder that practices the functionality in any of these editions of the H.265 standard and so practices at least one or more claims of the '849 Patent as set out below.

Each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

| U.S. Patent No. 8,964,849 | Accused Instrumentalities |
|---|---|
| **1. [A]** A method of reconstructing significant-coefficient flags for a transform unit from a bitstream of encoded data, the method comprising: | The Accused Instrumentalities include an H.265 decoder that employs a method of reconstructing significant-coefficient flags for a transform unit from a bitstream of encoded data as set out below.<br><br>For example, an H.265 decoder decodes information for transform units having significant-coefficient flags sufficient to reconstruct significant-coefficient flags within the transform unit. |

[1] This claim chart is based on the information currently available and is intended to be exemplary in nature. All rights to update and elaborate these infringement positions are reserved, including as additional information is obtained during discovery.

| U.S. Patent No. 8,964,849 | Accused Instrumentalities |
|---|---|

# ITU-T

# H.265

(12/2016)

TELECOMMUNICATION
STANDARDIZATION SECTOR
OF ITU

**3 Definitions**

……

**3.41 decoder**: An embodiment of a *decoding process*.

**3.44 decoding process**: The process specified in this Specification that reads a *bitstream* and derives *decoded pictures* from it.

## 0.8 How to read this Specification

It is suggested that the reader starts with clause 1 (Scope) and moves on to clause 3 (Definitions). Clause 6 should be read for the geometrical relationship of the source, input and output of the decoder. Clause 7 (Syntax and semantics) specifies the order to parse syntax elements from the bitstream. See clauses 7.1–7.3 for syntactical order and see clause 7.4 for semantics; e.g., the scope, restrictions and conditions that are imposed on the syntax elements. The actual parsing for most syntax elements is specified in clause 9 (Parsing process). Clause 10 (Sub-bitstream extraction process) specifies the sub-bitstream extraction process. Finally, clause 8 (Decoding process) specifies how the syntax elements are mapped into decoded samples. Throughout reading this Specification, the reader should refer to clauses 2 (Normative references), 4 (Abbreviations), and 5 (Conventions) as needed. Annexes A through I also form an integral part of this Recommendation | International Standard.

……

**7.3.8.10 Transform unit syntax**

| transform_unit( x0, y0, xBase, yBase, log2TrafoSize, trafoDepth, blkIdx ) { | **Descriptor** |
|---|---|
| log2TrafoSizeC = Max( 2, log2TrafoSize − ( ChromaArrayType = = 3 ? 0 : 1 ) ) | |

……

| | |
|---|---|
| if( cbfLuma ) | |
| residual_coding( x0, y0, log2TrafoSize, 0 ) | |

……

**7.3.8.11 Residual coding syntax**

| residual_coding( x0, y0, log2TrafoSize, cIdx ) { | **Descriptor** |
|---|---|
| if( transform_skip_enabled_flag && !cu_transquant_bypass_flag && | |

| U.S. Patent No. 8,964,849 | Accused Instrumentalities |
|---|---|
| | …… (see syntax excerpt below) |

……

| | |
|---|---|
| } while( ( xC != LastSignificantCoeffX ) \|\| ( yC != LastSignificantCoeffY ) ) | |
| for( i = lastSubBlock; i >= 0; i− − ) { | |
| xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ] | |
| yS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 1 ] | |
| escapeDataPresent = 0 | |
| inferSbDcSigCoeffFlag = 0 | |
| if( ( i < lastSubBlock ) && ( i > 0 ) ) { | |
| **coded_sub_block_flag**[ xS ][ yS ] | ae(v) |
| inferSbDcSigCoeffFlag = 1 | |
| } | |
| for( n = ( i = = lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n− − ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( coded_sub_block_flag[ xS ][ yS ] && ( n > 0 \|\| !inferSbDcSigCoeffFlag ) ) { | |
| **sig_coeff_flag**[ xC ][ yC ] | ae(v) |
| if( sig_coeff_flag[ xC ][ yC ] ) | |
| inferSbDcSigCoeffFlag = 0 | |
| } | |
| } | |
| firstSigScanPos = 16 | |

……

**7.4.9.11 Residual coding semantics**

……

**sig_coeff_flag**[ xC ][ yC ] specifies for the transform coefficient location ( xC, yC ) within the current transform block whether the corresponding transform coefficient level at the location ( xC, yC ) is non-zero as follows:

– If sig_coeff_flag[ xC ][ yC ] is equal to 0, the transform coefficient level at the location ( xC, yC ) is set equal to 0.

– Otherwise (sig_coeff_flag[ xC ][ yC ] is equal to 1), the transform coefficient level at the location ( xC, yC ) has a non-zero value.

When sig_coeff_flag[ xC ][ yC ] is not present, it is inferred as follows:

– If ( xC, yC ) is the last significant location ( LastSignificantCoeffX, LastSignificantCoeffY ) in scan order or all of the following conditions are true, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 1:
  – ( xC & 3, yC & 3 ) is equal to ( 0, 0 ).
  – inferSbDcSigCoeffFlag is equal to 1.
  – coded_sub_block_flag[ xS ][ yS ] is equal to 1.

– Otherwise, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 0.

ITU-T T.Rec H.265 (12/2016) at §§ 0.8, 3, 7.3.8.10, 7.3.8.11, 7.4.9.11.

<table>
<tr><th>U.S. Patent No. 8,964,849</th><th>Accused Instrumentalities</th></tr>
<tr>
<td>[B] reconstructing significant-coefficient-group flags, wherein the transform unit is partitioned into non-overlapping blocks, each block containing a respective group of significant-coefficient flags, and wherein each significant-coefficient-group flag corresponds to a respective block and its respective group of significant-coefficient flags; and</td>
<td>
The Accused Instrumentalities include an H.265 decoder that employs a method of reconstructing significant-coefficient flags for a transform unit from a bitstream of encoded data including reconstructing significant-coefficient-group flags, wherein the transform unit is partitioned into non-overlapping blocks, each block containing a respective group of significant-coefficient flags, and wherein each significant-coefficient-group flag corresponds to a respective block and its respective group of significant-coefficient flags as set out below.<br><br>
For example, an H.265 decoder decodes information for transform units having significant-coefficient flags sufficient to reconstruct significant-coefficient flags within the transform unit by reconstructing significant-coefficient-group flags (coded_sub_block_flag), wherein the transform unit is partitioned into non-overlapping blocks (sub blocks), each block containing a respective group of significant-coefficient flags (sig_coeff_flag). The coded_sub_block_flag corresponds to its sub-block and the corresponding group of sig_coeff_flags.<br><br>
7.3.8.10 Transform unit syntax<br>
<table>
<tr><td>transform_unit( x0, y0, xBase, yBase, log2TrafoSize, trafoDepth, blkIdx ) {</td><td>Descriptor</td></tr>
<tr><td>log2TrafoSizeC = Max( 2, log2TrafoSize − ( ChromaArrayType = = 3 ? 2 0 : 1 ) )</td><td></td></tr>
</table>
……<br>
<table>
<tr><td>if( cbfLuma )</td><td></td></tr>
<tr><td>residual_coding( x0, y0, log2TrafoSize, 0 )</td><td></td></tr>
</table>
……<br><br>
7.3.8.11 Residual coding syntax<br>
<table>
<tr><td>residual_coding( x0, y0, log2TrafoSize, cIdx ) {</td><td>Descriptor</td></tr>
<tr><td>if( transform_skip_enabled_flag && !cu_transquant_bypass_flag &&</td><td></td></tr>
</table>
……
</td>
</tr>
</table>

| U.S. Patent No. 8,964,849 | Accused Instrumentalities |
|---|---|
| | } while( ( xC != LastSignificantCoeffX ) \|\| ( yC != LastSignificantCoeffY ) ) |

| | |
|---|---|
| for( i = lastSubBlock; i >= 0; i− − ) { | |
| xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ] | |
| yS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 1 ] | |
| escapeDataPresent = 0 | |
| inferSbDcSigCoeffFlag = 0 | |
| if( ( i < lastSubBlock ) && ( i > 0 ) ) { | |
| **coded_sub_block_flag**[ xS ][ yS ] | ae(v) |
| inferSbDcSigCoeffFlag = 1 | |
| } | |
| for( n = ( i = = lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n− − ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( coded_sub_block_flag[ xS ][ yS ] && ( n > 0 \|\| !inferSbDcSigCoeffFlag ) ) { | |
| **sig_coeff_flag**[ xC ][ yC ] | ae(v) |
| if( sig_coeff_flag[ xC ][ yC ] ) | |
| inferSbDcSigCoeffFlag = 0 | |
| } | |
| } | |
| firstSigScanPos = 16 | |

. . . . . .

**7.4.9.11 Residual coding semantics**

. . . . . .

**coded_sub_block_flag**[ xS ][ yS ] specifies the following for the sub-block at location ( xS, yS ) within the current transform block, where a sub-block is a (4x4) array of 16 transform coefficient levels:

– If coded_sub_block_flag[ xS ][ yS ] is equal to 0, the 16 transform coefficient levels of the sub-block at location ( xS, yS ) are inferred to be equal to 0.

– Otherwise (coded_sub_block_flag[ xS ][ yS ] is equal to 1), the following applies:

  – If ( xS, yS ) is equal to ( 0, 0 ) and ( LastSignificantCoeffX, LastSignificantCoeffY ) is not equal to ( 0, 0 ), at least one of the 16 sig_coeff_flag syntax elements is present for the sub-block at location ( xS, yS ).

  – Otherwise, at least one of the 16 transform coefficient levels of the sub-block at location ( xS, yS ) has a non-zero value.

When coded_sub_block_flag[ xS ][ yS ] is not present, it is inferred as follows:

– If one or more of the following conditions are true, coded_sub_block_flag[ xS ][ yS ] is inferred to be equal to 1:

  – ( xS, yS ) is equal to ( 0, 0 ).

  – ( xS, yS ) is equal to ( LastSignificantCoeffX >> 2, LastSignificantCoeffY >> 2 ).

– Otherwise, coded_sub_block_flag[ xS ][ yS ] is inferred to be equal to 0.

ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.10, 7.3.8.11, 7.4.9.11.

<table>
<tr><th>U.S. Patent No. 8,964,849</th><th>Accused Instrumentalities</th></tr>
<tr><td>[C] reconstructing each significant-coefficient flag by</td><td>The Accused Instrumentalities include an H.265 decoder that employs a method of reconstructing significant-coefficient flags for a transform unit from a bitstream of encoded data including reconstructing each significant-coefficient flag as set out below.<br><br>For example, an H.265 decoder reconstructs significant coefficient flags by decoding sig_coeff_flag values from the bitstream and inferring the values of significant coefficient flags based on received sig_coeff_flag values and derived information concerning the sub block corresponding to the significant coefficient flags.<br><br>7.3.8.11 Residual coding syntax<br>……<br>
<table>
<tr><td>for( i = lastSubBlock; i >= 0; i− − ) {</td><td></td></tr>
<tr><td>xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ]</td><td></td></tr>
<tr><td>yS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 1 ]</td><td></td></tr>
<tr><td>escapeDataPresent = 0</td><td></td></tr>
<tr><td>inferSbDcSigCoeffFlag = 0</td><td></td></tr>
<tr><td>if( ( i < lastSubBlock ) && ( i > 0 ) ) {</td><td></td></tr>
<tr><td>coded_sub_block_flag[ xS ][ yS ]</td><td>ae(v)</td></tr>
<tr><td>inferSbDcSigCoeffFlag = 1</td><td></td></tr>
<tr><td>}</td><td></td></tr>
<tr><td>for( n = ( i = = lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n− − ) {</td><td></td></tr>
<tr><td>xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ]</td><td></td></tr>
<tr><td>yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ]</td><td></td></tr>
<tr><td>if( coded_sub_block_flag[ xS ][ yS ] && ( n > 0 || !inferSbDcSigCoeffFlag ) ) {</td><td></td></tr>
<tr><td>sig_coeff_flag[ xC ][ yC ]</td><td>ae(v)</td></tr>
<tr><td>if( sig_coeff_flag[ xC ][ yC ] )</td><td></td></tr>
<tr><td>inferSbDcSigCoeffFlag = 0</td><td></td></tr>
<tr><td>}</td><td></td></tr>
<tr><td>}</td><td></td></tr>
</table>
……<br>7.4.9.11 Residual coding semantics</td></tr>
</table>

| U.S. Patent No. 8,964,849 | Accused Instrumentalities |
| --- | --- |
| | **sig_coeff_flag**[ xC ][ yC ] specifies for the transform coefficient location ( xC, yC ) within the current transform block whether the corresponding transform coefficient level at the location ( xC, yC ) is non-zero as follows:<br>– If sig_coeff_flag[ xC ][ yC ] is equal to 0, the transform coefficient level at the location ( xC, yC ) is set equal to 0.<br>– Otherwise (sig_coeff_flag[ xC ][ yC ] is equal to 1), the transform coefficient level at the location ( xC, yC ) has a non-zero value.<br>When sig_coeff_flag[ xC ][ yC ] is not present, it is inferred as follows:<br>– If ( xC, yC ) is the last significant location ( LastSignificantCoeffX, LastSignificantCoeffY ) in scan order or all of the following conditions are true, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 1:<br>– ( xC & 3, yC & 3 ) is equal to ( 0, 0 ).<br>– inferSbDcSigCoeffFlag is equal to 1.<br>– coded_sub_block_flag[ xS ][ yS ] is equal to 1.<br>– Otherwise, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 0.<br>……<br>ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11, 7.4.9.11 |
| **[D]** if the significant-coefficient-flag is at position (0,0) in its group, a corresponding significant-coefficient-group flag is non-zero, the group is not the DC block, and all the previous significant-coefficient flags in that group are zero, then inferring the significant-coefficient-flag at position (0,0) in that group to be 1, and | The Accused Instrumentalities include an H.265 decoder that employs a method of reconstructing significant-coefficient flags for a transform unit from a bitstream of encoded data including reconstructing each significant-coefficient flag by, if the significant-coefficient-flag is at position (0,0) in its group, a corresponding significant-coefficient-group flag is non-zero, the group is not the DC block, and all the previous significant-coefficient flags in that group are zero, then inferring the significant-coefficient-flag at position (0,0) in that group to be 1, as set out below.<br><br>For example, an H.265 decoder reconstructs the significant coefficient flags at position (0,0) in its group ((xC & 3, yC & 3) is (0,0)), if the group flag is non-zero (coded_sub_block_flag[xS][yS] equals 1), the group is not the DC block, and all previous coefficient flags for the block are zero (results in inferSbDcSigCoeffFlag equal to 1), by inferring the significant coefficient flag value to be 1.<br><br>**7.3.8.11 Residual coding syntax**<br>…… |

| U.S. Patent No. 8,964,849 | Accused Instrumentalities |
|---|---|
| | (continued below) |

```
for( i = lastSubBlock; i >= 0; i− − ) {
  xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ]
  yS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 1 ]
  escapeDataPresent = 0
  inferSbDcSigCoeffFlag = 0
  if( ( i < lastSubBlock ) && ( i > 0 ) ) {
    coded_sub_block_flag[ xS ][ yS ]                                        ae(v)
    inferSbDcSigCoeffFlag = 1
  }
  for( n = ( i = = lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n− − ) {
    xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ]
    yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ]
    if( coded_sub_block_flag[ xS ][ yS ] && ( n > 0 || !inferSbDcSigCoeffFlag ) ) {
      sig_coeff_flag[ xC ][ yC ]                                            ae(v)
      if( sig_coeff_flag[ xC ][ yC ] )
        inferSbDcSigCoeffFlag = 0
    }
  }
```

……

**7.4.9.11 Residual coding semantics**

**sig_coeff_flag**[ xC ][ yC ] specifies for the transform coefficient location ( xC, yC ) within the current transform block whether the corresponding transform coefficient level at the location ( xC, yC ) is non-zero as follows:

– If sig_coeff_flag[ xC ][ yC ] is equal to 0, the transform coefficient level at the location ( xC, yC ) is set equal to 0.

– Otherwise (sig_coeff_flag[ xC ][ yC ] is equal to 1), the transform coefficient level at the location ( xC, yC ) has a non-zero value.

When sig_coeff_flag[ xC ][ yC ] is not present, it is inferred as follows:

– If ( xC, yC ) is the last significant location ( LastSignificantCoeffX, LastSignificantCoeffY ) in scan order or all of the following conditions are true, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 1:

  – ( xC & 3, yC & 3 ) is equal to ( 0, 0 ).

  – inferSbDcSigCoeffFlag is equal to 1.

  – coded_sub_block_flag[ xS ][ yS ] is equal to 1.

– Otherwise, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 0.

……

ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11, 7.4.9.11

<table>
<tr><th>U.S. Patent No. 8,964,849</th><th>Accused Instrumentalities</th></tr>
<tr><td>[E] otherwise decoding the significant-coefficient flag from the bitstream if that significant-coefficient flag is in a group that has corresponding significant-coefficient-group flag that is non-zero, and</td><td>The Accused Instrumentalities include an H.265 decoder that employs a method of reconstructing significant-coefficient flags for a transform unit from a bitstream of encoded data including reconstructing each significant-coefficient flag by, otherwise, decoding the significant-coefficient flag from the bitstream if that significant-coefficient flag is in a group that has corresponding significant-coefficient-group flag that is non-zero, as set out below.<br><br>For example, an H.265 decoder reconstructs the significant coefficient flags outside of the conditions contemplated above by decoding sig_coeff_flag values from the bitstream when coded_sub_block_flag for that sub-block is equal to 1.<br><br>7.3.8.11 Residual coding syntax<br>……
<table>
<tr><td>for( i = lastSubBlock; i >= 0; i− − ) {</td><td></td></tr>
<tr><td>xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ]</td><td></td></tr>
<tr><td>yS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 1 ]</td><td></td></tr>
<tr><td>escapeDataPresent = 0</td><td></td></tr>
<tr><td>inferSbDcSigCoeffFlag = 0</td><td></td></tr>
<tr><td>if( ( i < lastSubBlock ) && ( i > 0 ) ) {</td><td></td></tr>
<tr><td>coded_sub_block_flag[ xS ][ yS ]</td><td>ae(v)</td></tr>
<tr><td>inferSbDcSigCoeffFlag = 1</td><td></td></tr>
<tr><td>}</td><td></td></tr>
<tr><td>for( n = ( i = = lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n− − ) {</td><td></td></tr>
<tr><td>xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ]</td><td></td></tr>
<tr><td>yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ]</td><td></td></tr>
<tr><td>if( coded_sub_block_flag[ xS ][ yS ] && ( n > 0 || !inferSbDcSigCoeffFlag ) ) {</td><td></td></tr>
<tr><td>sig_coeff_flag[ xC ][ yC ]</td><td>ae(v)</td></tr>
<tr><td>if( sig_coeff_flag[ xC ][ yC ] )</td><td></td></tr>
<tr><td>inferSbDcSigCoeffFlag = 0</td><td></td></tr>
<tr><td>}</td><td></td></tr>
<tr><td>}</td><td></td></tr>
</table></td></tr>
<tr><td>[F] setting the significant-coefficient flag to zero, if that significant-coefficient flag is in a group that has corresponding</td><td>The Accused Instrumentalities include an H.265 decoder that employs a method of reconstructing significant-coefficient flags for a transform unit from a bitstream of encoded data including reconstructing each significant-coefficient flag by, setting the significant-coefficient flag to zero,</td></tr>
</table>

<table>
<tr><th>U.S. Patent No. 8,964,849</th><th>Accused Instrumentalities</th></tr>
<tr><td>significant-coefficient-group flag that is zero.</td><td>if that significant-coefficient flag is in a group that has corresponding significant-coefficient-group flag that is zero.<br><br>For example, an H.265 decoder reconstructs the significant coefficient flags as having a value of 0 when when coded_sub_block_flag for that sub-block is equal to 0, because no sig_coeff_flag will be received (coded_sub_block_flag will be zero, so the if statement containing the sig_coeff_flag syntax element is false) and the conditions for inferring a significant coefficient flag value of 1 are not met.<br><br>7.3.8.11 Residual coding syntax<br>……
<table>
<tr><td>for( i = lastSubBlock; i >= 0; i− − ) {</td><td></td></tr>
<tr><td>xS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 0 ]</td><td></td></tr>
<tr><td>yS = ScanOrder[ log2TrafoSize − 2 ][ scanIdx ][ i ][ 1 ]</td><td></td></tr>
<tr><td>escapeDataPresent = 0</td><td></td></tr>
<tr><td>inferSbDcSigCoeffFlag = 0</td><td></td></tr>
<tr><td>if( ( i < lastSubBlock ) && ( i > 0 ) ) {</td><td></td></tr>
<tr><td>coded_sub_block_flag[ xS ][ yS ]</td><td>ae(v)</td></tr>
<tr><td>inferSbDcSigCoeffFlag = 1</td><td></td></tr>
<tr><td>}</td><td></td></tr>
<tr><td>for( n = ( i = = lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n− − ) {</td><td></td></tr>
<tr><td>xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ]</td><td></td></tr>
<tr><td>yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ]</td><td></td></tr>
<tr><td>if( coded_sub_block_flag[ xS ][ yS ] && ( n > 0 || !inferSbDcSigCoeffFlag ) ) {</td><td></td></tr>
<tr><td>sig_coeff_flag[ xC ][ yC ]</td><td>ae(v)</td></tr>
<tr><td>if( sig_coeff_flag[ xC ][ yC ] )</td><td></td></tr>
<tr><td>inferSbDcSigCoeffFlag = 0</td><td></td></tr>
<tr><td>}</td><td></td></tr>
<tr><td>}</td><td></td></tr>
</table>
……<br>7.4.9.11 Residual coding semantics</td></tr>
</table>

| U.S. Patent No. 8,964,849 | Accused Instrumentalities |
|---|---|
| | **sig_coeff_flag**[ xC ][ yC ] specifies for the transform coefficient location ( xC, yC ) within the current transform block whether the corresponding transform coefficient level at the location ( xC, yC ) is non-zero as follows:<br>– If sig_coeff_flag[ xC ][ yC ] is equal to 0, the transform coefficient level at the location ( xC, yC ) is set equal to 0.<br>– Otherwise (sig_coeff_flag[ xC ][ yC ] is equal to 1), the transform coefficient level at the location ( xC, yC ) has a non-zero value.<br>When sig_coeff_flag[ xC ][ yC ] is not present, it is inferred as follows:<br>– If ( xC, yC ) is the last significant location ( LastSignificantCoeffX, LastSignificantCoeffY ) in scan order or all of the following conditions are true, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 1:<br>  – ( xC & 3, yC & 3 ) is equal to ( 0, 0 ).<br>  – inferSbDcSigCoeffFlag is equal to 1.<br>  – coded_sub_block_flag[ xS ][ yS ] is equal to 1.<br>– Otherwise, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 0.<br>……<br>ITU-T T.Rec H.265 (12/2016) at §§ 7.3.8.11, 7.4.9.11 |