# EXHIBIT 11

*Velos Media, LLC v. The Walt Disney Company, et al.*

**COMPLAINT EXHIBIT 11**
**U.S. Patent No. 12,088,843**

As demonstrated in the chart below, Disney directly infringes at least claim 1 of U.S. Patent No. 12,088,843 (the "'843 Patent"). Disney directly infringes the '843 Patent by using, for example, in the United States, at least methods that are covered by one or more claims of the '843 Patent in, for example, playback testing, the transcoding of uploaded video from HEVC (H.265) compliant video formats, or in the use of H.265-compliant software decoders included in Disney's applications.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '843 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Plaintiff's infringement positions or contentions.

The following infringement chart includes exemplary citations to ITU-T Rec. H.265 (12/2016) Advanced video coding for generic audiovisual services (available at https://www.itu.int/rec/recommendation.asp?lang=en&parent=T-REC-H.265-201612-S) (the "H.265 standard"). The cited functionality has been included in editions of the H.265 standard since at least April 2013 and remains in current editions of the H.265 standard. Disney's transcoders used, for example, in decoding uploaded video and re-encoding or encoding video for distribution and consumption by its users, as well as Disney's own decoders ("Accused Instrumentalities") include a decoder that practices the functionality in any of these editions of the H.265 standard and so practices at least one or more claims of the '843 Patent as set out below.

Each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

| U.S. Patent No. 12,088,843 | Accused Instrumentalities |
|---|---|
| **1. [A]** A method of motion vector prediction corresponding to a video bitstream, the method comprising: | The Accused Instrumentalities include an H.265 decoder that employs a method for decoding a video frame as set out below. |

---

[1] This claim chart is based on the information currently available and is intended to be exemplary in nature. All rights to update and elaborate these infringement positions are reserved, including as additional information is obtained during discovery.

| U.S. Patent No. 12,088,843 | Accused Instrumentalities |
|---|---|
| | # ITU-T      H.265<br><br>TELECOMMUNICATION<br>STANDARDIZATION SECTOR<br>OF ITU      (12/2016)<br><br>**3    Definitions**<br><br>. . . . . .<br><br>**3.41**      **decoder**: An embodiment of a *decoding process*.<br><br>**3.44**      **decoding process**: The process specified in this Specification that reads a *bitstream* and derives *decoded pictures* from it.<br><br>. . . . . .<br><br>**0.8    How to read this Specification**<br><br>It is suggested that the reader starts with clause 1 (Scope) and moves on to clause 3 (Definitions). Clause 6 should be read for the geometrical relationship of the source, input and output of the decoder. Clause 7 (Syntax and semantics) specifies the order to parse syntax elements from the bitstream. See clauses 7.1–7.3 for syntactical order and see clause 7.4 for semantics; e.g., the scope, restrictions and conditions that are imposed on the syntax elements. The actual parsing for most syntax elements is specified in clause 9 (Parsing process). Clause 10 (Sub-bitstream extraction process) specifies the sub-bitstream extraction process. Finally, clause 8 (Decoding process) specifies how the syntax elements are mapped into decoded samples. Throughout reading this Specification, the reader should refer to clauses 2 (Normative references), 4 (Abbreviations), and 5 (Conventions) as needed. Annexes A through I also form an integral part of this Recommendation \| International Standard.<br><br>. . . . . .<br><br>**8    Decoding process**<br><br>. . . . . . |

| U.S. Patent No. 12,088,843 | Accused Instrumentalities |
|---|---|
| | **8.5.3.2.6   Derivation process for luma motion vector prediction**<br><br>Inputs to this process are:<br><br>–   a luma location ( xCb, yCb ) of the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture,<br><br>–   a variable nCbS specifying the size of the current luma coding block,<br><br>–   a luma location ( xPb, yPb ) specifying the top-left sample of the current luma prediction block relative to the top-left luma sample of the current picture,<br><br>–   two variables nPbW and nPbH specifying the width and the height of the luma prediction block,<br><br>–   the reference index of the current prediction unit partition refIdxLX, with X being 0 or 1,<br><br>–   a variable partIdx specifying the index of the current prediction unit within the current coding unit.<br><br>Output of this process is the prediction mvpLX of the motion vector mvLX, with X being 0 or 1.<br><br>The motion vector predictor mvpLX is derived in the following ordered steps:<br><br>1.   The derivation process for motion vector predictor candidates from neighbouring prediction unit partitions in clause 8.5.3.2.7 is invoked with the luma coding block location ( xCb, yCb ), the coding block size nCbS, the luma prediction block location ( xPb, yPb ), the luma prediction block width nPbW, the luma prediction block height nPbH, refIdxLX, with X being 0 or 1 and the partition index partIdx as inputs, and the availability flags availableFlagLXN and the motion vectors mvLXN, with N being replaced by A or B, as output.<br><br>2.   If both availableFlagLXA and availableFlagLXB are equal to 1 and mvLXA is not equal to mvLXB, availableFlagLXCol is set equal to 0. Otherwise, the derivation process for temporal luma motion vector prediction in clause 8.5.3.2.8 is invoked with luma prediction block location ( xPb, yPb ), the luma prediction block width nPbW, the luma prediction block height nPbH and refIdxLX, with X being 0 or 1 as inputs, and with the output being the availability flag availableFlagLXCol and the temporal motion vector predictor mvLXCol.<br><br>......<br>**8.5.3.2.8   Derivation process for temporal luma motion vector prediction**<br><br>Inputs to this process are:<br><br>–   a luma location ( xPb, yPb ) specifying the top-left sample of the current luma prediction block relative to the top-left luma sample of the current picture,<br><br>–   two variables nPbW and nPbH specifying the width and the height of the luma prediction block,<br><br>–   a reference index refIdxLX, with X being 0 or 1.<br><br>Outputs of this process are:<br><br>–   the motion vector prediction mvLXCol,<br><br>–   the availability flag availableFlagLXCol. |

U.S. Patent No. 11,627,843

| U.S. Patent No. 12,088,843 | Accused Instrumentalities |
|---|---|
| | ITU-T T.Rec H.265 (12/2016) at §§ 0.8, 3, 8.5.3.2.6, 8.5.3.2.8 |
| **[B]** determining, based on coordinates of a current block, a location corresponding to a co-located block of the current block, wherein the determining of the location corresponding to the co-located block includes performing an arithmetic right shift operation; | The Accused Instrumentalities include an H.265 decoder that determines, based on coordinates of a current block, a location corresponding to a co-located block of the current block, wherein the determining of the location corresponding to the co-located block includes performing an arithmetic right shift operation.<br><br>For example, an H.265 decoder determines based on coordinates of a current block, a location corresponding to a co-located block of the current block, wherein the determining of the location corresponding to the co-located block includes performing an arithmetic right shift operation (for example, as indicated by >>).<br><br>**8.5.3.2.8   Derivation process for temporal luma motion vector prediction**<br><br>Inputs to this process are:<br><br>–   a luma location ( xPb, yPb ) specifying the top-left sample of the current luma prediction block relative to the top-left luma sample of the current picture,<br><br>–   two variables nPbW and nPbH specifying the width and the height of the luma prediction block,<br><br>–   a reference index refIdxLX, with X being 0 or 1.<br><br>Outputs of this process are:<br><br>–   the motion vector prediction mvLXCol,<br><br>–   the availability flag availableFlagLXCol.<br><br>…… |

| U.S. Patent No. 12,088,843 | Accused Instrumentalities |
| --- | --- |
|  | The variables mvLXCol and availableFlagLXCol are derived as follows:<br><br>&ndash; If slice_temporal_mvp_enabled_flag is equal to 0, both components of mvLXCol are set equal to 0 and availableFlagLXCol is set equal to 0.<br><br>&ndash; Otherwise (slice_temporal_mvp_enabled_flag is equal to 1), the following ordered steps apply:<br><br>1. The bottom right collocated motion vector is derived as follows:<br><br>$$xColBr = xPb + nPbW \qquad (8\text{-}200)$$<br><br>$$yColBr = yPb + nPbH \qquad (8\text{-}201)$$<br><br>&ndash; If $yPb \gg CtbLog2SizeY$ is equal to $yColBr \gg CtbLog2SizeY$, yColBr is less than pic_height_in_luma_samples and xColBr is less than pic_width_in_luma_samples, the following applies:<br><br>&ndash; The variable colPb specifies the luma prediction block covering the modified location given by $((xColBr \gg 4) \ll 4, (yColBr \gg 4) \ll 4)$ inside the collocated picture specified by ColPic.<br><br>&ndash; The luma location ( xColPb, yColPb ) is set equal to the top-left sample of the collocated luma prediction block specified by colPb relative to the top-left luma sample of the collocated picture specified by ColPic.<br><br>&ndash; The derivation process for collocated motion vectors as specified in clause 8.5.3.2.9 is invoked with currPb, colPb, ( xColPb, yColPb ) and refIdxLX as inputs, and the output is assigned to mvLXCol and availableFlagLXCol.<br><br>&ndash; Otherwise, both components of mvLXCol are set equal to 0 and availableFlagLXCol is set equal to 0.<br><br>2. When availableFlagLXCol is equal to 0, the central collocated motion vector is derived as follows:<br><br>$$xColCtr = xPb + (nPbW \gg 1) \qquad (8\text{-}202)$$<br><br>$$yColCtr = yPb + (nPbH \gg 1) \qquad (8\text{-}203)$$<br><br>&ndash; The variable colPb specifies the luma prediction block covering the modified location given by $((xColCtr \gg 4) \ll 4, (yColCtr \gg 4) \ll 4)$ inside the collocated picture specified by ColPic.<br><br>&ndash; The luma location ( xColPb, yColPb ) is set equal to the top-left sample of the collocated luma prediction block specified by colPb relative to the top-left luma sample of the collocated picture specified by ColPic.<br><br>&ndash; The derivation process for collocated motion vectors as specified in clause 8.5.3.2.9 is invoked with currPb, colPb, ( xColPb, yColPb ) and refIdxLX as inputs, and the output is assigned to mvLXCol and availableFlagLXCol.<br><br>ITU-T T.Rec H.265 (12/2016) at § 8.5.3.2.8 |

| U.S. Patent No. 12,088,843 | Accused Instrumentalities |
|---|---|
| **[C]** deriving, based on the determined location of the co-located block, a co-located block motion vector candidate corresponding to the co-located block; and | The Accused Instrumentalities include an H.265 decoder that decodes a first syntax element from a picture parameter set of the video frame, the first syntax element indicating whether or not a plurality of tiles are used in the video frame. <br><br> For example, an H.265 decoder derives, based on the determined location of the co-located block (for example, ( xColPb, yColPb )), a co-located block motion vector candidate corresponding to the co-located block. <br><br> **8.5.3.2.8  Derivation process for temporal luma motion vector prediction** <br><br> Inputs to this process are: <br><br> – a luma location ( xPb, yPb ) specifying the top-left sample of the current luma prediction block relative to the top-left luma sample of the current picture, <br><br> – two variables nPbW and nPbH specifying the width and the height of the luma prediction block, <br><br> – a reference index refIdxLX, with X being 0 or 1. <br><br> Outputs of this process are: <br><br> – the motion vector prediction mvLXCol, <br><br> – the availability flag availableFlagLXCol. <br><br> …… <br><br> The variables mvLXCol and availableFlagLXCol are derived as follows: <br><br> – If slice_temporal_mvp_enabled_flag is equal to 0, both components of mvLXCol are set equal to 0 and availableFlagLXCol is set equal to 0. <br><br> – Otherwise (slice_temporal_mvp_enabled_flag is equal to 1), the following ordered steps apply: <br><br> 1. The bottom right collocated motion vector is derived as follows: <br><br> $xColBr = xPb + nPbW$     (8-200) <br><br> $yColBr = yPb + nPbH$     (8-201) <br><br> – If $yPb \gg CtbLog2SizeY$ is equal to $yColBr \gg CtbLog2SizeY$, yColBr is less than pic_height_in_luma_samples and xColBr is less than pic_width_in_luma_samples, the following applies: <br><br> – The variable colPb specifies the luma prediction block covering the modified location given by $(( xColBr \gg 4 ) \ll 4, ( yColBr \gg 4 ) \ll 4 )$ inside the collocated picture specified by ColPic. |

U.S. Patent No. 11,627,843

| U.S. Patent No. 12,088,843 | Accused Instrumentalities |
|---|---|
| | – The luma location ( xColPb, yColPb ) is set equal to the top-left sample of the collocated luma prediction block specified by colPb relative to the top-left luma sample of the collocated picture specified by ColPic. <br><br> – The derivation process for collocated motion vectors as specified in clause 8.5.3.2.9 is invoked with currPb, colPb, ( xColPb, yColPb ) and refIdxLX as inputs, and the output is assigned to mvLXCol and availableFlagLXCol. <br><br> – Otherwise, both components of mvLXCol are set equal to 0 and availableFlagLXCol is set equal to 0. <br><br> 2. When availableFlagLXCol is equal to 0, the central collocated motion vector is derived as follows: <br><br> $$xColCtr = xPb + ( nPbW >> 1 ) \qquad (8\text{-}202)$$ <br> $$yColCtr = yPb + ( nPbH >> 1 ) \qquad (8\text{-}203)$$ <br><br> – The variable colPb specifies the luma prediction block covering the modified location given by ( ( xColCtr >> 4 ) << 4, ( yColCtr >> 4 ) << 4 ) inside the collocated picture specified by ColPic. <br><br> – The luma location ( xColPb, yColPb ) is set equal to the top-left sample of the collocated luma prediction block specified by colPb relative to the top-left luma sample of the collocated picture specified by ColPic. <br><br> – The derivation process for collocated motion vectors as specified in clause 8.5.3.2.9 is invoked with currPb, colPb, ( xColPb, yColPb ) and refIdxLX as inputs, and the output is assigned to mvLXCol and availableFlagLXCol. <br><br> ITU-T T.Rec H.265 (12/2016) at § 8.5.3.2.8 |
| **[D]** selecting a motion vector from a plurality of motion vector candidates including the co-located block motion vector candidate. | The Accused Instrumentalities include an H.265 decoder that selects a motion vector from a plurality of motion vector candidates including the co-located block motion vector candidate. <br><br> For example, an H.265 decoder selects a motion vector from a plurality of motion vector candidates including the co-located block motion vector candidate (for example, mvLXCol). |

| U.S. Patent No. 12,088,843 | Accused Instrumentalities |
|---|---|
| | **8.5.3.2.6   Derivation process for luma motion vector prediction**<br><br>Inputs to this process are:<br><br>–   a luma location ( xCb, yCb ) of the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture,<br><br>–   a variable nCbS specifying the size of the current luma coding block,<br><br>–   a luma location ( xPb, yPb ) specifying the top-left sample of the current luma prediction block relative to the top-left luma sample of the current picture,<br><br>–   two variables nPbW and nPbH specifying the width and the height of the luma prediction block,<br><br>–   the reference index of the current prediction unit partition refIdxLX, with X being 0 or 1,<br><br>–   a variable partIdx specifying the index of the current prediction unit within the current coding unit.<br><br>Output of this process is the prediction mvpLX of the motion vector mvLX, with X being 0 or 1.<br><br>The motion vector predictor mvpLX is derived in the following ordered steps:<br><br>1.   The derivation process for motion vector predictor candidates from neighbouring prediction unit partitions in clause 8.5.3.2.7 is invoked with the luma coding block location ( xCb, yCb ), the coding block size nCbS, the luma prediction block location ( xPb, yPb ), the luma prediction block width nPbW, the luma prediction block height nPbH, refIdxLX, with X being 0 or 1 and the partition index partIdx as inputs, and the availability flags availableFlagLXN and the motion vectors mvLXN, with N being replaced by A or B, as output.<br><br>2.   If both availableFlagLXA and availableFlagLXB are equal to 1 and mvLXA is not equal to mvLXB, availableFlagLXCol is set equal to 0. Otherwise, the derivation process for temporal luma motion vector prediction in clause 8.5.3.2.8 is invoked with luma prediction block location ( xPb, yPb ), the luma prediction block width nPbW, the luma prediction block height nPbH and refIdxLX, with X being 0 or 1 as inputs, and with the output being the availability flag availableFlagLXCol and the temporal motion vector predictor mvLXCol. |

| U.S. Patent No. 12,088,843 | Accused Instrumentalities |
|---|---|
| | 3. The motion vector predictor candidate list, mvpListLX, is constructed as follows:<br><br>```<br>i = 0<br>if( availableFlagLXA ) {<br>    mvpListLX[ i++ ] = mvLXA<br>    if( availableFlagLXB  &&  ( mvLXA != mvLXB ) )<br>        mvpListLX[ i++ ] = mvLXB<br>} else if( availableFlagLXB )<br>    mvpListLX[ i++ ] = mvLXB                              (8-170)<br>if( i < 2  &&  availableFlagLXCol )<br>    mvpListLX[ i++ ] = mvLXCol<br>while( i < 2 ) {<br>    mvpListLX[ i ][ 0 ] = 0<br>    mvpListLX[ i ][ 1 ] = 0<br>    i++<br>}<br>```<br><br>4. The motion vector of mvpListLX[ mvp_lX_flag[ xPb ][ yPb ] ] is assigned to mvpLX.<br><br>ITU-T T.Rec H.265 (12/2016) at § 8.5.3.2.6 |