# EXHIBIT 13

*Velos Media, LLC v. The Walt Disney Company, et al.*

**COMPLAINT EXHIBIT 13**
**U.S. Patent No. 12,341,962**

As demonstrated in the chart below, Disney directly infringes at least claim 1 of U.S. Patent No. 12,341,962 (the "'962 Patent"). Disney directly infringes the '962 Patent by using, for example, in the United States, at least methods that are covered by one or more claims of the '962 Patent in, for example, the encoding or transcoding of uploaded video into HEVC (H.265) compliant video formats. This is performed, for example, through Disney's use of its encoders and transcoders in re-encoding or encoding video into H.265-compliant video formats for distribution and consumption by its users ("Accused Instrumentalities").

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '962 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Plaintiff's infringement positions or contentions.

Each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| **1. [A]** A method of encoding, comprising: | The Accused Instrumentalities practice a method of encoding.<br><br>For example, Disney encodes videos distributed through its streaming platforms into H.265-compliant formats.<br><br>The following is a publicly available Disney bitstream file: DaredevilBornAgainS2-Trailer-hvc1.2.4.H120.90-1080p-5443-complete.mp4 ("Daredevil S2 Trailer")<br><br>The ffprobe output for this bitstream shows it is an H.265-compliant format and was encoded by BAMTech (one of the Defendants): |

---

[1] This claim chart is based on the information currently available and is intended to be exemplary in nature. All rights to update and elaborate these infringement positions are reserved, including as additional information is obtained during discovery.

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
| --- | --- |
| | ```
BITSTREAM=DaredevilBornAgainS2-Trailer-hvc1.2.4.H120.90-1080p-5443-complete.mp4
ffprobe -hide_banner $BITSTREAM

Input #0, mov,mp4,m4a,3gp,3g2,mj2, from 'DaredevilBornAgainS2-Trailer-hvc1.2.4.H120.90-1080p-5443-
complete.mp4':
  Metadata:
    major_brand     : iso6
    minor_version   : 0
    compatible_brands: mp41mp42isomiso6dashcmfcchd1
    creation_time   : 2026-01-21T02:55:51.000000Z
  Duration: 00:01:17.24, start: 0.083417, bitrate: 5316 kb/s
  Stream #0:0[0x1](und): Video: hevc (Main 10) (hvc1 / 0x31637668), yuv420p10le(tv,
bt2020nc/bt2020/smpte2084), 1920x1080 [SAR 1:1 DAR 16:9], 5313 kb/s, 23.98 fps, 23.98 tbr, 48k tbn,
start 0.083417 (default)
    Metadata:
      creation_time   : 2026-01-21T02:55:51.000000Z
      handler_name    : BAMTech video
      vendor_id       : [0][0][0][0]
      encoder         : HEVC Coding
```

Viewing the codec information for this bitstream using the VLC Media Player application further shows that this bitstream was encoded into an H.265-compliant format: |

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| |  |
| **[B]** determining a value of one or more significant-coefficient flags each corresponding to a transform coefficient of a block among one or more non-overlapping blocks within a transform unit, | The Accused Instrumentalities practice a method of determining a value of one or more significant-coefficient flags each corresponding to a transform coefficient of a block among one or more non-overlapping blocks within a transform unit.<br><br>For example, when Disney encodes its videos into H.265-compliant formats, it determines a value of one or more significant-coefficient flags each corresponding to a transform coefficient of a block among one or more non-overlapping blocks within a transform unit. |

- 3 -

U.S. Patent No. 12,341,962

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
|  | For example, H.265-compliant video bitstreams obtained from Disney include sig_coeff_flags that each correspond to a transform coefficient of a block among one or more non-overlapping blocks within a transform unit as shown below. Example non-overlapping blocks of the transform unit are shown in the screenshots below from the VQ analyzer tool being used with Disney's Daredevil S2 Trailer:  |

U.S. Patent No. 12,341,962

Y Levels (320,288)

Selection Info | 6764

| | |
|---|---|
| Width: 1920 | CTB address: 550 |
| Height: 1080 | CTB col, row: 10,9 |
| Pictures: 1852 | CU X,Y: 320, 288 |
| Color format: 4:2:0 | CU Size,Depth: 16x16, 1 |
| Bitdepth Y,C: 10, 10 | CU pred mode: Inter |
| Tile col, row: 0,0 | Pixel X,Y: N/A |
| Slice #: 0 - B | 4x4 Z-scan idx: 10 |

| |
|---|
| PU shape: 2Nx2N |
| PU size: 16x16 |
| TU depth: 0 |
| TU size: 16x16 |
| MV L0: N/A |
| MV L1: 0,-131=>0 |
| QpY/QpCb/QpCr: 21/20/19 |

U.S. Patent No. 12,341,962

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
|  | The significant coefficient flags corresponding to the transform coefficients within the blocks can be seen in the zoomed in shot of the syntax info table below:<br><br> |
| [C] wherein the one or more significant-coefficient flags are members of a group of significant-coefficient flags corresponding to the block, and | The Accused Instrumentalities practice a method wherein the one or more significant-coefficient flags are members of a group of significant-coefficient flags corresponding to the block, and wherein a significant-coefficient group flag corresponds to the group of significant-coefficient flags. |

U.S. Patent No. 12,341,962

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| wherein a significant-coefficient group flag corresponds to the group of significant-coefficient flags, and | For example, when Disney encodes its videos into H.265-compliant formats, the one or more significant-coefficient flags are members of a group of significant-coefficient flags corresponding to the block, and wherein a significant-coefficient group flag corresponds to the group of significant-coefficient flags. <br><br> For example, H.265-compliant video bitstreams obtained from Disney include coded_sub_block_flags that correspond to groups of significant-coefficient flags. Examples of the coded_sub_block_flags can be seen in the syntax info table below. These groups of significant-coefficient flags correspond to blocks as shown in the transform unit diagram on the right side of the screenshot: <br><br>  |

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
|  | |

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| | |
| **[D]** wherein a value of the significant-coefficient group flag indicates whether or not there is a non-zero significant coefficient flag in the group of significant-coefficient flags; | The Accused Instrumentalities practice a method wherein a value of the significant-coefficient group flag indicates whether or not there is a non-zero significant coefficient flag in the group of significant-coefficient flags. |

U.S. Patent No. 12,341,962

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| | For example, when Disney encodes its videos into H.265-compliant formats, a value of the significant-coefficient group flag indicates whether or not there is a non-zero significant coefficient flag in the group of significant-coefficient flags.<br><br>For example, H.265-compliant video bitstreams obtained from Disney include coded_sub_block_flags that indicate (based on values of 1 or 0) whether or not there is a non-zero significant coefficient flag in the group of significant-coefficient flags. For example, a coded_sub_block_flag value of 0 indicates there is not a non-zero significant coefficient flag in a group of significant-coefficient flags.<br><br> |

U.S. Patent No. 12,341,962

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| | Below shows an example of coded_sub_block_flag with a value of "0," indicating that there are not any non-zero sig_coeff_flags in that subblock.<br><br><br><br>Below shows an example of coded_sub_block_flag with a value of "1," indicating that there are non-zero sig_coeff_flags in that subblock. These can be seen in the following list of sig_coeff_flags. |

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| |  |
| **[E]** when the group of significant-coefficient flags does not contain one of a significant-coefficient flag corresponding to a DC coefficient in the transform unit or a significant-coefficient flag corresponding to a last non-zero coefficient in the transform unit:<br><br>determining the value of the significant-coefficient group flag based on whether there is the non-zero significant- | The Accused Instrumentalities practice a method such that when the group of significant-coefficient flags does not contain one of a significant-coefficient flag corresponding to a DC coefficient in the transform unit or a significant-coefficient flag corresponding to a last non-zero coefficient in the transform unit, the Accused Instrumentalities determine the value of the significant-coefficient group flag based on whether there is the non-zero significant-coefficient flag in the group of significant-coefficient flags and encode, into a bitstream, the determined value of the significant-coefficient group flag.<br><br>For example, when Disney encodes its videos into H.265-compliant formats, and the group of significant-coefficient flags does not contain one of a significant-coefficient flag corresponding to a DC coefficient in the transform unit or a significant-coefficient flag corresponding to a last non-zero coefficient in the transform unit, the encoder determines the value of the significant-coefficient group flag based on whether there is the non-zero significant-coefficient flag in the group of significant-coefficient flags and encodes, into a bitstream, the determined value of the significant-coefficient group flag. |

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| coefficient flag in the group of significant-coefficient flags, and<br><br>encoding, into a bitstream, the determined value of the significant-coefficient group flag; | For example, H.265-compliant video bitstreams obtained from Disney include scenarios when the group of significant-coefficient flags does not contain one of a significant-coefficient flag corresponding to a DC coefficient in the transform unit or a significant-coefficient flag corresponding to a last non-zero coefficient in the transform unit. In these scenarios, these bitstreams include determined values of significant-coefficient group flags (coded_sub_block_flags) that were determined based on whether there are any non-zero significant-coefficient flags (sig_coeff_flags) in the group of significant-coefficient flags.<br><br>For example, the syntax info table corresponding to the subblock shown below shows a coded_sub_block_flag with a value of "1" with a corresponding non-zero sig_coeff_flag: |

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| |  |

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| |  |
| [F] when the group of significant-coefficient flags contains a significant-coefficient flag corresponding to a DC coefficient in the transform unit or a last non-zero coefficient in the transform unit, skipping encoding of the value of the significant-coefficient group flag into the bitstream; and | The Accused Instrumentalities practice a method such that when the group of significant-coefficient flags contains a significant-coefficient flag corresponding to a DC coefficient in the transform unit or a last non-zero coefficient in the transform unit, skipping encoding of the value of the significant-coefficient group flag into the bitstream.

For example, when Disney encodes its videos into H.265-compliant formats, and the group of significant-coefficient flags contains a significant-coefficient flag corresponding to a DC coefficient in the transform unit or a last non-zero coefficient in the transform unit, Disney skips encoding of the value of the significant-coefficient group flag into the bitstream.

For example, H.265-compliant video bitstreams obtained from Disney include groups of significant coefficient flags that—when the group of significant-coefficient flags contains a significant-coefficient flag corresponding to a DC coefficient in the transform unit or a last non-zero coefficient in the transform unit—Disney skips encoding of the value of the significant-coefficient group flag (coded_sub_block_flag) into the bitstream. |

U.S. Patent No. 12,341,962

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
|  | This is shown, for example, in the bitstream analysis below where there is no coded_sub_block_flag corresponding to the sig_coeff_flags of the fourth sub-block; instead the zero-valued coded_sub_block_flag for the previous block is followed by the sig_coeff_flags for the fourth sub-block.<br><br> |

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| | |
| [G] when the determined value for the significant-coefficient group flag is one:

determining that a significant-coefficient flag is at position (0,0) in the group of significant-coefficient flags and that all other significant-coefficient flags of the group of significant- | The Accused Instrumentalities practice a method such that when the determined value for the significant-coefficient group flag is one, the Accused Instrumentalities determine that a significant-coefficient flag is at position (0,0) in the group of significant-coefficient flags and that all other significant-coefficient flags of the group of significant-coefficient flags have a value of zero and, in response to the determining, skipping encoding a value of the significant-coefficient flag into the bitstream.

For example, when Disney encodes its videos into H.265-compliant formats, and the determined value for the significant-coefficient group flag is one, the encoder determines that a significant-coefficient flag is at position (0,0) in the group of significant-coefficient flags and that all other significant-coefficient flags of the group of significant-coefficient flags have a value of zero and, |

- 17 -

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| coefficient flags have a value of zero; and<br><br>in response to the determining, skipping encoding a value of the significant-coefficient flag into the bitstream. | in response to the determining, skips encoding a value of the significant-coefficient flag into the bitstream.<br><br>For example, H.265-compliant video bitstreams obtained from Disney include a significant-coefficient group flag (coded_sub_block_flag) of 1 for a group of significant-coefficient flags (sig_coeff_flags) and wherein a significant-coefficient flag is at position (0,0) in the group of significant-coefficient flags and that all other significant-coefficient flags of the group of significant-coefficient flags have a value of zero. This is shown in the example below wherein all significant-coefficient flags of the group of significant-coefficient flags have a value of zero except for the significant-coefficient flag at position (0,0), for which the encoder skips encoding the value of the significant-coefficient flag into the bitstream.<br><br>This is shown, for example, in the bitstream analysis below where the 15 zero valued sig_coeff_flags in the block are sent, but the single non-zero valued flag is instead inferred. |

U.S. Patent No. 12,341,962

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| |  |

U.S. Patent No. 12,341,962

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
|---|---|
| | |

U.S. Patent No. 12,341,962

| U.S. Patent No. 12,341,962 | Accused Instrumentalities |
| --- | --- |
| | |

- 21 -